NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Michael Lehmann, CA BAR # 77152
COHEN, MILSTEIN, HAUSFELD &
  TOLL, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone: 415-229-2080

ATTORNEYS FOR: PLAINTIFFS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| RAMCHANDRA ADHIKARI, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV08-05626 RGK/JWJX |
| v. | |
| DAOUD & PARTNERS, et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _PLAINTIFFS_
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Ramchandra Adhikari; Devaka Adhikari; Jit Bahdur Khadka; Radhika Khadka; Bindeshore Singh Koiri; Pukari Devi Koiri; Chittij Limbu; Kamala Thapa Magar; Maya Thapa Magar; Bhakti Maya Thapa Magar; Tara Shrestha; Nischal Shrestha; Ram Kumar Shrestha; Nirmaya Shrestha; Renuka Karki Shrestha; Dil Bahadur Shrestha; Ganga Maya Shrestha; Satya Narayan Shah; Ram Dulari Sudi; Ram Naryan Thakur; Samundri Devi Thakur; Jitini Devi Thakur; Bhim Bahadur Thapa; Bishnu Maya Thapa; Bhuji Thapa; Kul Prasad Thapa; Dhana Roka Magar; and Buddi Prasad Gurung | Plaintiffs |
| Daoud & Partners, Kellogg Brown & Root, Inc. and Kellogg Brown & Root Services, Inc. | Defendants |

August 27, 2008
Date

Sign

Plaintiffs Michael Lehmann
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)