# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-05626 RGK (AJWx) | Date | March 27, 2009 |
|---|---|---|---|
| Title | RAMCHANDRA ADHIKARI, *et al.*, v. DAOUD & PARTNERS, *et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order Re Defendant Kellogg Brown & Root, Inc.'s Motion to Dismiss First Amended Complaint (DE 83)

      In light of the Court's grant of Defendant Kellogg Brown & Root, Inc.'s Motion to Transfer to the Southern District of Texas Pursuant to 28 U.S.C. § 1404(a), the Court finds that it is appropriate for the transferee court to decide Defendant Kellogg Brown & Root, Inc.'s Motion to Dismiss First Amended Complaint, which is currently under submission.

      **IT IS SO ORDERED.**

                                                                               :

Initials of Preparer              slw