UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAMCHANDRA ADHIKARI, et al., | § |
| Plaintiffs, | § § § |
| v. | §   CIVIL ACTION NO. 09-cv-1237 |
| DAOUD & PARTNERS, et al., | § § § |
| Defendants. | § § |

## ORDER

Pending before the Court are the following motions:

1. Defendant Daoud & Partners' Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1)-(3) & 12(b)(6) (Doc. No. 187);

2. Defendant Daoud & Partners' Motion to Strike Plaintiffs' Declarations In Part (Doc. No. 211); and

3. Defendant Daoud & Partners' Motion to Dismiss the KBR Defendants' Cross-Claims Pursuant to Fed. R. Civ. P. 12(b)(2) & 12(b)(6) (Doc. No. 212).

On February 11, 2011, the Court granted Plaintiffs' request for jurisdictional discovery and allowed the parties one hundred and twenty (120) days to conduct jurisdictional discovery. In light of the discovery period, the Court hereby **DISMISSES WITHOUT PREJUDICE TO REFILING** the pending motions.

IT IS SO ORDERED.

SIGNED this 8th day of March, 2011.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE