IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAMCHANDRA ADHIKARI, *et al.*, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. H-09-1237 |
| v. | § § | JUDGE KEITH P. ELLISON |
| DAOUD & PARTNERS, *et. al.*, | § § | |
| Defendants. | § § | |

## SECOND SUPPLEMENTAL JOINT STATUS REPORT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to the Court's request made after the Status Conference held on April 11, 2012, the Plaintiffs and the KBR Defendants file this Second Supplemental Joint Status Report and report to the Court as follows:

The parties appear to have reached an impasse. *See* correspondence dated May 10, 2012 from Ms. Fryszman to Mr. Mengis attached hereto as Exhibit 1 and correspondence dated May 16, 2012 from Mr. Mengis to Ms. Fryszman. The parties request a status conference with the Court to discuss the issues in dispute.

Dated: May 18, 2012                                         Respectfully submitted,

| | |
|---|---|
| /s/ Agnieszka M. Fryszman | /s/ Michael W. Mengis |
| Agnieszka M. Fryszman | Michael W. Mengis |
| Admitted pro hac vice | State Bar No. 13041040 |
| COHEN MILSTEIN SELLERS | Billy M. Donley |
| & TOLL PLLC | State Bar No. 05977085 |
| 1100 New York Avenue, NW, Suite 500 | BAKER & HOSTETLER LLP |
| Washington, DC 20005 | 1000 Louisiana, Suite 2000 |
| 202.408.4600 – telephone | Houston, Texas 77002 |
| 202.408.4699 – facsimile | 713.751.1600 - telephone |
| | 713.751.1717 – facsimile |
| ATTORNEYS FOR PLAINTIFFS | |
| | David B. Rivkin, Jr. (*admitted pro hac vice*) |
| | District of Columbia Bar No. 394446 |
| | Lee A. Casey (*admitted pro hac vice*) |
| | California Bar No. 119568 |
| | BAKER & HOSTETLER LLP |
| | 1050 Connecticut Avenue, N.W., Suite 1100 |
| | Washington, DC 20036 |
| | 202.861.1500- telephone |
| | 202.861.1783 - facsimile |
| | |
| | ATTORNEYS FOR KBR DEFENDANTS |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served via the Court's Electronic Case File System on the 18th day of May, 2012.

                                                  /s/ Michael W. Mengis
                                                  Michael W. Mengis