UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAMCHANDRA ADHIKARI, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DAOUD & PARTNERS, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. H-09-1237<br><br>Judge Keith P. Ellison |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF: 1) COUNTS IV AND V OF THE AMENDED COMPLAINT AS TO ALL PLAINTIFFS AND 2) ALL REMAINING COUNTS OF THE AMENDED COMPLAINT AS TO PLAINTIFFS RENUKA KARKI SHRESTHA, RAM KUMAR SHRESTHA, NIRMAYA SHRESTHA AND DHANA ROKA MAGAR**

Upon consideration of Plaintiffs' Motion for Voluntary Dismissal with Prejudice of: 1) Counts IV and V of the Amended Complaint as to All Plaintiffs and 2) All Remaining Counts of the Amended Complaint as to Plaintiffs Renuka Karki Shrestha, Ram Kumar Shrestha, Nirmaya Shrestha and Dhana Roka Magar, IT IS HEREBY ORDERED that the Motion is GRANTED. Accordingly,

Counts IV and V of the Amended Complaint are, hereby, DISMISSED with prejudice as to all Plaintiffs; and

All remaining Counts of the Amended Complaint are, hereby, DISMISSED with prejudice as to Plaintiffs Renuka Karki Shrestha, Ram Kumar Shrestha, Nirmaya Shrestha and Dhana Roka Magar.

SIGNED on this 24 day of September, 2012.

_____
Hon. Keith P. Ellison
United States District Judge