# EXHIBIT 1
# FILED UNDER SEAL

# EXHIBIT 2

**From:** Bob Gerlach
 **Sent:** Wed Nov 26 06:21:04 2003
 **To:** Suzanne Raku-Williams
 **Subject:** RE: MWR TCN's
 **Importance:** Normal

Go ahead and get the requisition moving through the system.  Probably be most effective if Stacey were to generate it here.  There is no visibility of peoples skills, we just request what we need and D & P then recruits people through their sources.  They do not have folks in hand ready to go.  If we require special skills or abilities we need to put that into the requisition as a requirement so they recruit suitable individuals.

**Robert J. Gerlach**
**Subcontract Administrator**
**KBR, LOGCAP III, V Corps. North, B Sites**
**Phone 281-669-1539 Ext 104, Satellite 0088-216-511-22745**
bob.gerlach@halliburton.com
-----Original Message-----
 **From:** Suzanne Raku-Williams
**Sent:** Wednesday, November 26, 2003 12:44 PM
**To:** Bob Gerlach
 **Subject:** RE: MWR TCN's

Wow Bob; you have been busy, sounds like a good system.  This is great if we can now expedite the labor needed for the MWRs.  Do you know if D&P have lifeguards available?  If so, let me know and we will req/follow your system for the pool assistance we so badly need.

Thanks for the info, I have it on file under Personnel & TCNs for the B sites.

*Suzanne D. Raku Williams*
*MWR Regional Manager - Northern Iraq*
*LOGCAPP III Project*
*Sat phone:  (00) 88 216 774 58739*

*email:  suzanne.raku-williams@halliburton.com*
-----Original Message-----
 **From:** Bob Gerlach
**Sent:** Wednesday, November 26, 2003 9:30 AM
**To:** Suzanne Raku-Williams; Dorsey Mollohan; Ernie Applewhite; Leo Baumann
 **Cc:** David Stallard
 **Subject:** MWR TCN's

To All,

An update on MWR TCN's and other laborers.

I have placed a Master Labor Broker Agreement with D & P for all the B sites.  They are the only approved source for obtaining TCN or HCN labor for the B sites.  We have provided them with Work Releases for them to provide the 9 MWR TCN laborers to MWR that have been requisitioned at each of your sites and B1.  Today we got the first 4 for B1 to start work. I have been discussing with D & P getting an initial few employees at B2 and B3 from the pool of DFAC workers at those sites after the Thanksgiving Holiday meal is finished if he can spare them.  This should at

KBRE0003585

least provide a small but immediate relief to the MWR crunch.  I expect the balance to be provided by about the 6th of December or thereabouts.  As you are all aware, Ramadan has recently made getting anything done challenging at best.

Going forward we can expect that it will take about a week or so from the time we provide a request for people to D & P for them to obtain necessary checks and clearances for the people to work here, and get them into country. Obviously no business can afford to just have employees sitting around being paid to wait for someone to call for them.  Do not go directly to D & P and ask them to provide you with workers.  There is a procedure that must be followed.  We will try to make it happen as fast as we can.

The process for getting TCN or HCN workers is to prepare a requisition and forward it to David Stallard at B1 via email.  I have attached a sample of one for you to work from, as well as a blank requisition form.   David signs it and we send the requisition to Anaconda for processing.   When it is returned to us we do a Work Release (simple, quick one page document) and order the people from D & P.  We will give D & P a heads up when we get your requisition (before it gets approved) so they can get started internally to do what is needed for them to get the people here and working.  It is in their best interest to do this as quickly as possible because they make no money until the workers are working.  The whole process is not very much different from a normal requisition for anything else, but we think it will go faster!

Having heard what the process is, you can see that it is pretty impractical to get people for only a few days or a few weeks work.  Most of our requirements will likely be to support longer term assignments anyway.  So it works in your interest to make your requirements for at least 90 days, certainly no less than a month at a time.  Remember that you are the employer and you have the flexibility to change their job assignments at will as long as the work remains appropriate to the classification of the worker.  Also, if you have a problem with an individual, you can terminate them at will.  You will of course need to inform the D & P representative at your site of the action immediately, and before hand if practical.  The individual should then be replaced by D & P without any further paperwork on your part.  Realize that D & P may or may not be able to replace the individual immediately.

D & P workers or management will provide you with time sheets, completed by the worker, to approve and return to them.  Time sheets will be turned in to you weekly, on Saturday for approval just as KBR's are.  When you sign them you will be verifying the hours for payment.  As this is a government contract we work under, the accuracy of these time sheets is as important as our own.  They must be returned to D & P so they can submit them with the invoice for payment.  You can keep a file copy if you wish and I recommend you do.

At attachment I have provided costs for labor per hour and definitions or guides to the classifications for your use.

Hope this helps out.  Sorry it turned out to be a "novel".  If things change I will get the word out as soon as possible.  Please contact me if you require clarification of anything or for any other questions.

Best regards,

Robert J. Gerlach
Subcontract Administrator
KBR, LOGCAP III, V Corps, North, B Sites
Phone 281-669-1539 Ext 104, Satellite 0088-216-511-22745
bob.gerlach@halliburton.com

KBRE0003586

# EXHIBIT 3
# FILED UNDER SEAL

# EXHIBIT 4
# FILED UNDER SEAL

# EXHIBIT 5
# FILED UNDER SEAL

# EXHIBIT 6
# FILED UNDER SEAL

# EXHIBIT 7
# FILED UNDER SEAL

# EXHIBIT 8
# FILED UNDER SEAL

# EXHIBIT 9
# FILED UNDER SEAL

# EXHIBIT 10
# FILED UNDER SEAL

# EXHIBIT 11
# FILED UNDER SEAL

# EXHIBIT 12

**From:** Wayne Agness
**Sent:** Sat Apr 10 01:28:21 2004
**To:** Tom Quigley - Middle East
**Cc:** John Young
**Subject:** Freedom Rest
**Importance:** Normal

If we go to self perform at Freedom Rest at some point, below is what would be required for the DFAC operation.

Wayne Agness
Project Manager - Food Service
Kellogg, Brown and Root Services
LOGCAP III, Baghdad, Iraq
281-669-1685 tone 118
Iraq Cell: 790-192-4226

****INTERNET E-MAIL PRIVILEGED INFORMATION FOOTER****

This email, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the addressee indicated in this message (or authorized to receive information for the recipient), please contact the sender by reply e-mail and delete all copies of this message (including any attachments).

-----Original Message-----
**From:** Henry Sarbiewski
**Sent:** Friday, April 09, 2004 6:15 AM
**To:** Wayne Agness
**Cc:** Claskel Freeman; John Young
**Subject:** RE: input on Tamimi quote

Requirements for Self perform DFAC Freedom Rest:

1. Labor
   a. 2 KBR staff (currently one)
   b. 21 TCN staff

§ 5 night shift (Bakers/Cooks)
§ 16 day shift (9 Kitchen-Cooks/Clean/Ration 7 Front-of-House)
   c. Staff quarters on-site or commute
   d. KBR Medical Screening
   e. Uniforms
1. Equipment
   a. All present equipment belongs to Army.
   b. Additional Equipment

§ Sneeze guards for serving lines
§ Adequate sized warewasher
§ Misc. "nice to have" equipment
§ Replacement equipment/furnishings plan (Tables, chairs, carpeting won't last)

3. Rations/Supplies
   a. Transition to SPV
   b. Establish source for consumables/supplies

Note:
We could have Prime Projects hire some of Bob Hope's experienced TCNs in addition to recruiting food service experienced staff from their existing ranks.  Key positions could be filled by name through Prime Project's Agency.

V/R
Henry

**Henry Robert Sarbiewski**
**Baghdad Area Food Service Supervisor**
**KBR - LOGCAP III**
**Baghdad, Iraq**
 **henry.sarbiewski@halliburton.com**
**Iraq cell# 011 964-790-191-2614**
**Office #281-669-1523 ext 138**
-----Original Message-----
 **From:** Wayne Agness
**Sent:** Friday, April 09, 2004 2:24 PM
**To:** Henry Sarbiewski
**Cc:** Claskel Freeman; John Young
**Subject:** RE: input on Tamimi quote

Ok, what would it require for us to self perform the DFAC at Freedom Rest? Labor, equipment etc.

Wayne Agness
Project Manager - Food Service
Kellogg, Brown and Root Services
LOGCAP III, Baghdad, Iraq
281-669-1685 tone 118
Iraq Cell: 790-192-4226

****INTERNET E-MAIL PRIVILEGED INFORMATION FOOTER****
This email, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the addressee indicated in this message (or authorized to receive information for the recipient), please contact the sender by reply e-mail and delete all copies of this message (including any attachments).
-----Original Message-----
 **From:** Henry Sarbiewski
**Sent:** Friday, April 09, 2004 12:45 AM
**To:** Wayne Agness
**Subject:** RE: input on Tamimi quote

Wayne,
My opinion:

KBRE0008099

First of all, I wholeheartedly support self op. We can recruit Filipino TCNs through an agency that will provide all screenings. Right now KBR here are using 1040 TCNs from the Philippines for Transportation, Housekeeping and General Labor. They are provided and housed by Prime Projects, a labor broker. It would be easy to recruit food service folks. I worked with an all Filipino staff on Diego Garcia and receive regular e-mail traffic asking to come to Iraq. I was able to have the Bob Hope sub bring some over and performance improved. Many worked many years at the Navy facilities before they closed. They are experienced serving American troops and speak English. KBR can also medically screen folks here.

The Freedom Rest Tamimi staff is housed at CPA by Tamimi. Other than having Prime Projects house staff here at Victory and commute downtown (a workable situation) KBR would have to arrange housing.

Freedom Rest would be an ideal "testing ground" for a beneficial future policy for all DFACs.

V/R,

Henry


**Henry Robert Sarbiewski**
**Baghdad Area Food Service Supervisor**
**KBR - LOGCAP III**
**Baghdad, Iraq**
  **henry.sarbiewski@halliburton.com**
**Iraq cell# 011 964-790-191-2614**
**Office #281-669-1523 ext 138**
-----Original Message-----
 **From:** Wayne Agness
**Sent:** Friday, April 09, 2004 9:26 AM
**To:** Henry Sarbiewski; Claskel Freeman; John Eckford; Darren Adams
**Cc:** Tom Quigley - Middle East; Mike Mulholland
 **Subject:** RE: input on Tamimi quote

Just a thought, but why do we not consider self-performing all this? The dollar savings would be considerable, we would have control over the labor and wages, we could convert to Prime Vendor for food etc. I do not have visibility of the staff for the overall operation, but if it is to support the numbers you list below, why do we need to sub out?

Cost for rations is $30.00 over what we are now getting. This needs to be negotiated down.

Claskel: Please give me a recommendation on what it would take to self-perform this DFAC? We can do this better, for less money and provide a higher quality product.

Wayne

Wayne Agness
Project Manager - Food Service
Kellogg, Brown and Root Services
LOGCAP III, Baghdad, Iraq
281-669-1685 tone 118
Iraq Cell: 790-192-4226


****INTERNET E-MAIL PRIVILEGED INFORMATION FOOTER****
This email, including any attached files, may contain confidential and privileged information for the sole use of the

intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the
addressee indicated in this message (or authorized to receive information for the recipient), please contact the sender
by reply e-mail and delete all copies of this message (including any attachments).
-----Original Message-----
 **From:** Henry Sarbiewski
**Sent:** Thursday, April 08, 2004 11:24 PM
 **To:** Claskel Freeman; Wayne Agness
 **Subject:** FW: input on Tamimi quote


FYI


**Henry Robert Sarbiewski**
**Baghdad Area Food Service Supervisor**
**KBR - LOGCAP III**
**Baghdad, Iraq**
  **henry.sarbiewski@halliburton.com**
**Iraq cell# 011 964-790-191-2614**
**Office #281-669-1523 ext 138**
-----Original Message-----
 **From:** Darren Adams
**Sent:** Thursday, April 08, 2004 11:06 AM
 **To:** John Eckford
 **Cc:** michael.cahill@halliburton.com; Olowan Curry; Henry Sarbiewski
 **Subject:** input on Tamimi quote

John,

A couple of things:

Reception:  There are two Local National employees that work reception for us.  Tamimi pays them
$10 per day.  At the most, that costs Tamimi $620 per month.  Tamimi has not provided so much as a
pencil towards their job.  Tamimi does not pay for their transportation which costs them $3-$6 per day
for taxis.
 They also aren't ID'ing, housing, feeding, insuring, paying for plane tickets, etc. for these two LN's.
They simply give them an envelope with cash in it every two weeks. We appreciate that, but that mark
up is ridiculous.  There is no way Tamimi should be paid $8000 per month for what costs them hassle
free $620 per month.

There will never be more than 140 people per night staying here.  99% of the time, there are less than
100 people   Any quote, for housekeeping  and reception for over 200 people is absurd.  Guests come
and go for meals so it may sometimes reach over 200 people in the DFAC.

Housekeeping and Janitorial:  I would just like to be able to give the Iraqi workers raises without it
changing the quote.  At present, KBR has no say in matters concerning Tamimi employees.  We can't
fire them without three documented problems, etc and even then are at Tamimi's will.  The LN
housekeepers get paid $5 per day.   They have been working here since October and deserve a raise.
They can walk 200 meters farther and get paid $10 per day at CPA.  They know this and I'm promising

KBRE0008101

them a raise to get them to stay on. Again, the LN housekeepers have to pay for taxis $2-$3 per day which Tamimi doesn't cover. Tamimi is also not housing, feeding, insuring, paying for plane tickets, etc. for these LN's. At the end of day, these girls are taking home $3.

Landscaping: It is my understanding, and please correct me if I'm wrong, that this quote is for Oct 15th to June 11th. Being that it is already mid-April, I can't understand paying Tamimi $19,500 per month since October for a service they haven't provided. I know you said we can remove that and we should because Tamimi has never supplied any type of landscaping support except for a couple guys who sometimes walk around with a hose, watering the grass. No grass seed, flowers, shovels, rakes, lawnmowers, weed eaters, hoes or anything pertaining to landscaping has been provided since we opened.

All local nationals working here for Tamimi were not found/recruited by Tamimi. They were brought in by us and Tamimi just pays them. It is my opinion, that it is degrading to have Iraqis working for TCN's from India. I'm working this issue through a separate labor subcontract with Kent Parker.

I'll leave DFAC matters to the DFAC experts. I would like to know the difference between the Food Service cost and the Daily Service Provisions cost.
$2350 + (($40.33 per meal + $10.00 snacks = $50.33) * 200 pax = $10,066) = $12,416 per day
I'm just curious and will leave this to the DFAC.

In conclusion: KBR is the client. Tamimi works for us. Having said that and as we discussed the other day, KBR has very little leverage with them never being paid. I would like Freedom Rest to be treated as the client and with quotes this high that should definitely not be a problem. :-)

Those are some of the issues I wanted to discuss in a meeting before sitting down with Tamimi.

v/r,
Darren

-----Original Message-----
**From:** John Eckford
**Sent:** Thu 4/8/2004 12:02 AM
**To:** Darren Adams; Henry Sarbiewski
**Cc:**

KBRE0008102

**Subject:** RE: Meeting

Darren:

BE SAFE

I am sending ya'll a copy of the quote and the change that TAMIMI as asked for related to Landscaping. If they are already doing his you may want to keep the service or if they are you may decide not to have it, ether way its ya'll's call.

Tom Quigley sent an email to Charles Carr for price comparison on existing Dfacs, I am still waiting.

We all want the same thing. If not today maybe tomorrow.

John H. Eckford, Jr.

John H. Eckford, Jr.
Subcontract Administration
**KBRII** LOGCAP III
Camp Anaconda (Balad) Iraq
Email: John.Eckford@Halliburton.com

-----Original Message-----
 **From:** Darren Adams
**Sent:** Thursday, April 08, 2004 8:08 AM
 **To:** John Eckford
 **Subject:** Meeting

John,

I just received word that the CG is telling people that nothing should leave the wire besides armed patrols.

Unless that changes within the next two hours, I won't be coming to Victory.  I want to get this contract done as much as anybody, but it is pretty wild on the streets these days.

Can you scan me their offer?  I have a few things that I wanted to discuss but I'd like to see their offer first.

Thanks,
Darren

# EXHIBIT 13
# FILED UNDER SEAL

# EXHIBIT 14
# FILED UNDER SEAL

# EXHIBIT 15
# FILED UNDER SEAL