# EXHIBIT 103
# FILED UNDER SEAL

# EXHIBIT 105

# LOGCAP III Human Resources

## Code of Business Conduct Tier 1 & 2  TIP Training Updates
## September 12, 2007

Kellogg Brown & Root Proprietary Data
NOTE: This document contains information which may be withheld from the public because disclosure
would cause a foreseeable harm to an interest protected by one or more Exemptions of the Freedom of
Information Act, 5 USC Section 552.  Furthermore, it is requested that any Government entity receiving
this information act in accordance with DoD 5400.7-R, and consider this information as being for official
use only (FOUO), and mark, handle and store this information so as to prevent unauthorized access.

KBRE0035713

# COBC Tier – 1 Training Updates

| TIER1 Sep 12.Status | Completed | Not Completed | Total | % Complete | % Not Complete |
|---|---|---|---|---|---|
| A Site | 148 | 1 | 149 | 99.3% | 0.7% |
| A Site / CLSS | 39 | 1 | 40 | 97.5% | 2.5% |
| A Site / TTM | 33 | 1 | 34 | 97.1% | 2.9% |
| Afghanistan | 324 | 12 | 336 | 96.4% | 3.6% |
| B Site | 171 | 15 | 186 | 91.9% | 8.1% |
| C Site | 188 | 6 | 194 | 96.9% | 3.1% |
| C5 - Taji | 43 | 1 | 44 | 97.7% | 2.3% |
| DFI Site | 294 | 10 | 304 | 96.7% | 3.3% |
| Djibouti | 16 | 4 | 20 | 80.0% | 20.0% |
| G Site | 85 | 1 | 87 | 97.7% | 1.1% |
| Georgia | 6 | 0 | 6 | 100.0% | 0.0% |
| H Site | 121 | 5 | 126 | 96.0% | 4.0% |
| Kuwait | 126 | 3 | 129 | 97.7% | 2.3% |
| Kuwait / JMMT | 3 | 1 | 4 | 75.0% | 25.0% |
| South Victory - LCIII HQ | 293 | 2 | 294 | 99.7% | 0.7% |
| T Site | 106 | 2 | 108 | 98.1% | 1.9% |
| U.A.E. | 41 | 0 | 41 | 100.0% | 0.0% |
| USMI | 131 | 5 | 136 | 96.3% | 3.7% |
| **Total** | **2,168** | **70** | **2,238** | **96.9%** | **3.1%** |

# COBC Tier – 2 Training Updates

| TIER2 Sep 12.Status | Completed | Not Completed | Total | % Complete | % Not Complete |
|---|---|---|---|---|---|
| A Site | 629 | 10 | 639 | 98.4% | 1.6% |
| A Site / CLSS | 883 | 45 | 928 | 95.2% | 4.8% |
| A Site / TTM | 2140 | 835 | 2975 | 71.9% | 28.1% |
| Afghanistan | 4136 | 12 | 4148 | 99.7% | 0.3% |
| B Site | 1398 | 77 | 1475 | 94.8% | 5.2% |
| C Site | 1288 | 13 | 1301 | 99.0% | 1.0% |
| C5 - Taji | 238 | 2 | 240 | 99.2% | 0.8% |
| DFI Site | 1954 | 91 | 2045 | 95.6% | 4.4% |
| Djibouti | 56 | 101 | 157 | 35.7% | 64.3% |
| G Site | 443 | 3 | 446 | 99.3% | 0.7% |
| Georgia | 10 | 0 | 10 | 100.0% | 0.0% |
| H Site | 665 | 25 | 690 | 96.4% | 3.6% |
| Kuwait | 475 | 14 | 489 | 97.1% | 2.9% |
| Kuwait / JMMT | 198 | 43 | 241 | 82.2% | 17.8% |
| South Victory - LCIII HQ | 194 | 7 | 201 | 96.5% | 3.5% |
| T Site | 720 | 0 | 720 | 100.0% | 0.0% |
| U.A.E. | 96 | 1 | 97 | 99.0% | 1.0% |
| USMI | 761 | 1 | 762 | 99.9% | 0.1% |
| **Total** | **16,284** | **1,280** | **17,564** | **92.7%** | **7.3%** |

Information on this page is subject to the restrictions on the first page of this document

**3 of 4 – HR – Wood-MacArthur**

KBRE0035715

# TIP Training Updates

| TIP Sep 12.Status | Completed | Not Completed | Total | % Complete | % Not Complete |
|---|---|---|---|---|---|
| A Site | 757 | 63 | 820 | 92.3% | 7.7% |
| A Site / CLSS | 685 | 317 | 1002 | 68.4% | 31.6% |
| A Site / TTM | 1165 | 1964 | 3129 | 37.2% | 62.8% |
| Afghanistan | 4453 | 146 | 4599 | 96.8% | 3.2% |
| B Site | 913 | 801 | 1714 | 53.3% | 46.7% |
| C Site | 662 | 924 | 1586 | 41.7% | 58.3% |
| C5 - Taji | 283 | 13 | 296 | 95.6% | 4.4% |
| DFI Site | 1762 | 679 | 2441 | 72.2% | 27.8% |
| Djibouti | 38 | 141 | 179 | 21.2% | 78.8% |
| G Site | 520 | 36 | 556 | 93.5% | 6.5% |
| Georgia | 12 | 4 | 16 | 75.0% | 25.0% |
| H Site | 646 | 200 | 846 | 76.4% | 23.6% |
| Kuwait | 545 | 85 | 630 | 86.5% | 13.5% |
| Kuwait / JMMT | 169 | 125 | 294 | 57.5% | 42.5% |
| South Victory - LCIII HQ | 453 | 43 | 496 | 91.3% | 8.7% |
| T Site | 751 | 141 | 892 | 84.2% | 15.8% |
| U.A.E. | 136 | 2 | 138 | 98.6% | 1.4% |
| USMI | 907 | 6 | 913 | 99.3% | 0.7% |
| **Total** | **14,857** | **5,690** | **20,547** | **72.3%** | **27.7%** |

Information on this page is subject to the restrictions on the first page of this document

**4 of 4 – HR – Wood-MacArthur**

# EXHIBIT 106
# FILED UNDER SEAL

# EXHIBIT 107

AFRC-CAL-C
3 June 2004

### Information Paper

SUBJECT:  US Government/Contractor Responsibilities to Foreign National Drivers

1.  Purpose.  To establish minimum standards for employment of Foreign National (FN, previously TCN) drivers on contracts with the US Government.

2.  Discussion.

    a.  The US Government requires contractor support to sustain operations.  Therefore, we have both a moral imperative and self-interest to require a minimum standard of care for the employees working for our contractors.  This standard must apply not only in Kuwait, but also extend into Iraq.

    b.  Concerns.

        (1) Drivers hired by brokers in to work in Kuwait being financially blackmailed to cross the border against their will.

        (2) Embassy not being alerted upon the death or injury of a driver in Iraq.  Subsequently, repatriating the remains of drivers killed in Iraq and problems in determining the drivers' sponsors and retrieving the drivers' travel documentation.

        (3) Drivers working in Iraq, but receiving no insurance if they were killed or injured and their families receiving no compensation.  FN drivers are covered by Kuwaiti labor law in Kuwait, but not in Iraq.

        (4) Living conditions for the drivers in the camps run being sub standard.

        (5) Drivers receiving no bonus or incentive pay for operating in Iraq.

        (6) Drivers being given an opportunity to have pay sent electronically to banks of their choosing.

    c.  Recommendations for inclusion into theater transportation contracts and subsequently to hold contractors accountable to comply with the following:

        (1) Incorporate Private Sector Labor Laws of State of Kuwait into contract, and extend applicability to cover employees while in Iraq.

        (2) In accordance with those laws, incorporate use of employment contracts with every employee.

KBRE0008376

AFRC-CAL-C
3 June 2004

SUBJECT:  US Government/Contractor Responsibilities to Foreign National Drivers

(3) Require contractors provide and update a list of driver employees to include name, nationality, passport number, civil ID #, and name of sponsor; to be provided to the respective embassy of each nationality employed.

(4) Include same information along with contract number and phone numbers to contractor and contracting officer on a company ID badge for each employee.

(5) Incorporate life insurance in the amount of 10,000 KWD minimum, payable to individual designated by employee.

(6) Incorporate minimum monthly wage in amount of 140 KWD, and make electronic funds transfer of wages available to each employee.

(7) Incorporate minimum incentive pay in the amount of 5% of monthly wage for any month that includes a mission into Iraq.

(8) Require contractors provide information on employees that are killed in action (KIA), wounded in action (WIA), or missing in action (MIA) to the Contracting Officer, the respective embassy and the next of kin.

d.  Recommendations for Army support to FN drivers

(1) Contracting Officer or designated representative will ensure compliance and enforcement of approved recommendations.

(2) Contracting Officer or designated representative will incorporate the attached Life Support Area Inspection Checklist into the respective contracts, implement initial and periodic inspections, require improvements as necessary, with negative consequences for repetitive non-compliance.

(3) CFLCC Staff will coordinate with MNF-I to obtain their cooperation for the measures we propose to enact regarding supporting Contractors on the Battlefield per FM 3-100.21, especially for lodging/subsistence, health services, and mortuary affairs.

(4) CFLCC Staff will coordinate with 13TH COSCOM to obtain their cooperation for the measures we propose to enact regarding minimum standards of FN driver support at the Convoy Support Centers in Iraq.

KBRE0008377

AFRC-CAL-C
3 June 2004

SUBJECT:  US Government/Contractor Responsibilities to Foreign National Drivers

3.  Conclusion.  With the support of the US Embassy, the timely implementation of these recommendations will improve the working environment and conditions of the FN drivers. Furthermore, it will reassure the respective embassies of the FN drivers that the US Government and its contractors are responsible employers of their citizens.

CPT Dailey, AFRC-CAL-C, 938-7379
kirk.dailey@arifjan.arcent.army.mil

KBRE0008378

## LIFE SUPPORT AREA INSPECTION CHECKLIST

| ITEM | GOOD | | | | POOR | COMMENTS |
|---|---|---|---|---|---|---|
| 1. CLIMATE CONTROLLED TENTS | 1 | 2 | 3 | 4 | 5 | _____ |
| 2. CLIMATE CONTROLLED BATHROOMS | 1 | 2 | 3 | 4 | 5 | _____ |
| 3. PRAYER FACILITIES | 1 | 2 | 3 | 4 | 5 | _____ |
| 4. OFFICE FACILITIES | 1 | 2 | 3 | 4 | 5 | _____ |
| 5. MWR AREA | 1 | 2 | 3 | 4 | 5 | _____ |
| 6. SHOPS AND GENERAL STORES | 1 | 2 | 3 | 4 | 5 | _____ |
| 7. 3 HOT MEALS PER DAY | 1 | 2 | 3 | 4 | 5 | _____ |
| 8. BOTTLED WATER | 1 | 2 | 3 | 4 | 5 | _____ |
| 9. FIELD RATIONS | 1 | 2 | 3 | 4 | 5 | _____ |
| 10. LAUNDRY FACILITIES | 1 | 2 | 3 | 4 | 5 | _____ |

ADDITIONAL COMMENTS

_____

_____

_____

COMPLETED BY (NAME/DATE)_____

KBRE0008379

# EXHIBIT 108



# Responsibilities to Foreign National Drivers
# 3 June 2004

KBRE0008380




# AGENDA

Purpose

Intent

Issues:

- Recruiting Practices and Free Will
- Employee Information
- Repatriation of Remains
- Life Insurance / Death Gratuity
- Wages and Incentives
- Electronic Funds Transfer
- Camp Standards

US Government Actions

Contractor Actions

Questions/Comments

2

KBRE0008381



# **PURPOSE**



To establish minimum standards of employment for Foreign National (FN) drivers working for firms under contract with the US Government, while ensuring compliance with Kuwaiti law and other appropriate standards of conduct.

3

KBRE0008382




# <u>INTENT</u>

To establish standards and expectations of contractors with regards to the treatment of FN drivers both in Kuwait and Iraq.  To mitigate any concerns of abuse.  We have a moral imperative and self-interest to require a minimum standard of care for the employees working for our contractors.  We will accomplish this through:

- ➢ Coordination through US Embassy

- ➢ Coordination with respective embassies

- ➢ Consulting legal authorities

- ➢ Contractor confirmation briefings

- ➢ Exercise modifications to existing contracts

- ➢ Exercise compliance and enforcement of standards

4

KBRE0008383




# ISSUES

Recruiting Practices

Free Will

Employee Information

Repatriation of Remains

Life Insurance / Death Gratuity

Wages and Incentives

Electronic Funds Transfer

Camp Standards

5

KBRE0008384




# ISSUE # 1 & 2
## Recruiting Practices and Free Will

• Drivers are hired by brokers promising they would only work in Kuwait, charging them for job placement and then forcing them to go into Iraq or be discharged with no reimbursement.

• <u>Contract modifications will include:</u>

    - Incorporation of Private Sector Labor Laws of the State of Kuwait and extend applicability to employees while operating in Iraq

    - Incorporate use of employment contracts with every employee

    - Employee reserves the right to choose not to drive into Iraq

6

KBRE0008385




# ISSUE # 3
## Employee Information

• Problems with notification of death or injury of drivers, notifying their sponsor and retrieving travel documentation.

• <u>Contract modifications will include:</u>

  - Requirement for all contractors to provide a list of driver employees to the respective embassy of each nationality employed

  - At a minimum the information will include:

      ✓ Name
      ✓ Nationality
      ✓ Passport number
      ✓ Civilian identification number
      ✓ Name of sponsor

7

KBRE0008386




# ISSUE # 4
## Repatriation of Remains

• Problem with identifying and trying to repatriate remains of drivers killed in Iraq.  In addition, problems trying to determine who the driver's sponsor is and retrieving the driver's travel documentation.

• <u>Contract modifications (continued):</u>

- Company ID Badge for each driver with employee information to include contract number and phone numbers to the contractor and contracting officer

- Contractors must notify the respective embassy and contracting officer of employees that are killed in action (KIA), wounded in action (WIA) or missing in action (MIA)

8

KBRE0008387




# **ISSUE # 5**
## Life Insurance/Death Gratuity

• Drivers working in Iraq receiving no insurance if they are killed or injured and their families receiving no compensation.  FN drivers are covered by Kuwaiti labor law, but not in Iraq.


• <u>Contract modifications will include:</u>

    - Incorporation of death gratuity in the amount of 10,000 KWD

    - Payable to individual designated by employee

9

KBRE0008388




# ISSUE # 6 & 7
## Wages and Incentives

- Concern that there is not a minimum wage standard established for contracted drivers and no incentive or bonus pay for drivers going into Iraq.

- <u>Contract modifications will include:</u>

    - Incorporation of a minimum monthly wage of 140KWD

    - Incorporation of minimum incentive/bonus pay of 5% of monthly wage for any month that includes a mission into Iraq

10

KBRE0008389




# <u>ISSUE # 8</u>
## Electronic Funds Transfer

- No means for drivers to have pay remittances sent directly to a bank back home.

- <u>Contract modifications will include:</u>

    - Contractors provide a means for drivers to electronically send pay and allowances to a bank of their choosing

11

KBRE0008390




# <u>ISSUE # 9</u>
## Camp Standards

• Concern that living conditions for drivers in the camps run by subcontractors are sub standard.

• <u>Contract modifications will include:</u>

   - Contract will include a Life Support Area Inspection Checklist

   - Contracting Officer or designated representative will conduct an initial and periodic inspections, requiring improvements as necessary.

   - Negative consequences for repetitive non-compliance

12

KBRE0008391




# US Government Actions

• Life Support Area Checklist – both parties agree and include as part of the contract.

•Coordinate with MNF-I to gain support for measures we are proposing to implement regarding lodging, subsistence, health services and mortuary affairs of contractors on the battlefield

• Coordinate with 13th COCSCOM to gain their support for measures we are proposing to implement regarding minimum standards of FN driver support at Convoy Support Centers (CSC) in Iraq

13

KBRE0008392





# **Contractor Actions**

• Schedule a date NLT 23 June 04 through your COR to come back with a confirmation brief of steps you will take to meet these minimum standards of human dignity for our FN drivers.

• COR's will notify MAJ Redinger of the date desired to conduct the brief.

14

KBRE0008393




# **Points of Contact**

MAJ John Redinger, CFLCC C4 Trans, 430-5643,john.redinger@arifjan.arcent.army.mil

CPT Kirk Dailey, 375 TC GRP (COR), 430-3067,kirk.dailey@arifjan.arcent.army.mil

MAJ Dion Lyons, CFLCC – SJA (legal), 430-6302,dion.lyons3@arifjan.arcent.army.mil

CDR Kenneth Reynolds, CFLCC DCMA, 430-5046,kenneth.reynolds@arifjan.arcent.army.mil

MAJ RodneyWilliams, CFLCC PARC, 430-6285,rodney.williams@arifjan.arcent.army.mil

COL Carol Clair, CFLCC C4 Trans, 430-5385,carol.clair@arifjan.arcent.army.mil

15

KBRE0008394




# Question / Comments

16

KBRE0008395

# EXHIBIT 109

**From:** Robert Duncan - Iraq
**Sent:** Fri Mar 04 12:52:14 2005
**To:** James Ray
**Cc:** Tom Quigley - Middle East; Penny Battles; Scott Mount; Russell Hastings; Doug Horn
**Subject:** Response to LTC Conklin, DCMA - PPI Allegations
**Importance:** Normal
**Attachments:** DCMA.doc

The attached document is the response that you have asked the subcontracts group for in regards to LTC Conklin's request from the MNFI Inspector General's office about allegations of passports being taken from TCN employees of Prime Projects International

The attached response is in regards to the first two directives issued by LTC Conklin that were to be answered in 48 hours.

We have been directed to prepare a response to the last three questions by close of business 9 March. These last three questions pertain to an investigation of ALL subcontractors under KBR supervision. We would ask for clarification on this point as soon as possible. If the Colonel is addressing all subcontractors in Iraq with TCN's this task simply cannot be completed in this time period. If the intent is to investigate only those subcontractors in Baghdad then we would suggest that this exercise would require two weeks.

These additional three questions as well as one of the first two questions require the analysis of our Legal Group. The subcontracts group is not prepared or informed to comment on these issues.

May we have your advise please.....

**Robert Duncan**
Kellogg Brown & Root
Government Operations
V Corps-South, Camp Liberty
Baghdad, Iraq
KBR Subcontracts Department
robert.duncan4@halliburton.com

****INTERNET E-MAIL PRIVILEGED INFORMATION FOOTER****

This email, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the addressee indicated in this message (or authorized to receive information for the recipient), please contact the sender by reply e-mail and delete all copies of this message (including any attachments).

# EXHIBIT 110

 **KBR** | KELLOGG BROWN & ROOT SERVICES, INC. • LOGCAP III
CAMP LIBERTY • BAGHDAD, IRAQ
PHONE NO.: 281-669-5073

March 3, 2005

Mr. James Ray
Contract Administrator   Iraq Lead
Kellogg Brown & Root Services, Inc.

Re:  DCMA E-mail dated March 2, 2005 – subject: PPI Employees' Passports

Mr. Ray,

Per the direction of LTC Conklin a thorough investigation regarding the status involving Raffy Narez, KC Prakash, Isidro Trinidad, Gautum Karki, and Arjun Tapa was conducted at the Prime Projects International main office located on Camp Liberty.  The investigation revealed that their passports were in fact secured in a safe located in PPI's  main office which is secured at all times.   Furthermore, we inspected the sign-out and sign-in booklet that is used to track the passport at all times. W found no record of any passports signed out to… "get an Iraqi immigration stamp".  The passports were retrieved by the PPI Site Manager and given to KBR for inspection, below are the passport numbers taken:

Raffy Narez      Passport No. MM690466
KC Prakash       Passport No. 2053839
Isidro Trinidad  Passport No. HH436358
Gautum Karki     Passport No. 2176505
Arjun Tapa       Passport No. 2120237

The reason these passports are removed from their person and kept in the company safe is that Prime projects International has a legal responsibility to the employees Government to provide a safe working environment and to physically account for their presence and well being.  Without the retention of this documentation employees are able to freely move about within the installation and throughout the country which creates legal problems for PPI and Force Protection issues for KBR and U.S. Military.  Further, PPI is the sponsor of the Iraqi entry visa and has additional obligation to maintain the physical presence of the employee.  It is a commonly accepted practice in other countries in the Middle East for the employer of TCN's to retain custody of Passports for the reason cited.  Passports are maintained in the safe in the administrative offices until such time that the employee wishes to terminate his employment and return to their country of origin.  We have confirmed and PPI has validated through past activities that whenever an employee wishes to leave PPI and return to there country of origin they have been allowed to do so without encumbrance.  If the employee chooses to leave the well being and physical presence of PPI then PPI cannot meet the obligations set forth by the employees Government.

Considering the short timeframe given to respond to the concern of being in compliance with "all applicable laws and regulations pertaining to this issue" at this time we will only address Prime Projects International since they are the only subcontractor named in this e-mail inquiry.

Prime Projects entered into this project during the existence of the Coalition Provisional Authority (CPA) in Iraq.  Prime Projects is a United Kingdom company with corporate offices in Dubai, U.A.E.  It is assumed while they work and live in Iraq and on US Military bases they operated under U.S. Government and International law. The primary source of labor for PPI is from the Philippine Republic. As such, Prime Projects International has a responsibility to conform to the laws of the Philippines as well as the rules and regulations of the Philippine Overseas Employment Agency.

NOTE: This document contains information which may be withheld from the public because disclosure would cause a foreseeable harm to an interest protected by one or more Exemptions of the Freedom of Information Act, 5 USC Section 552.  Furthermore, it is requested that any Government entity receiving this information act in accordance with DoD 5400.7-R, and consider this information as being for official use only (FOUO), and mark, handle and store this information so as to prevent unauthorized access.

KBRE0005991

PPI and KBR have a mature relationship that exceeds many years and no time during this relationship has an alleged incident of the type ever transpired.  With this highly complex set of laws and regulations it will require the KBR legal department a period of time to effectively respond this very broad question. *We shall seek guidance from KBR LOGCAP III Management before proceeding with the engagement of Legal Council.*

There are other Subcontractors providing services to KBR whose business domicile is Saudi Arabia, Jordan, Kuwait, Hungary, and Germany.  All of these subcontractors equally employ third-country nationals. An investigation as to the laws and statutes that apply to them will equally be time consuming.

To the best of our knowledge under the Terms and Conditions of the Subcontract, the LOGCAP III Special Conditions and the FAR citations therein, together with Force Protection Polices and Procedures currently in place at Camp Liberty we are not aware of any breach or violation thereto.

We trust that the above response is satisfactory in light of the two questions asked and the 48 hour time period requested.

*The following information, while not in direst response to the questions asked, is germane to the situation and the allegations made by an "US Contractor located at Camp Victory".*

During the past four months PPI has had a number of its TCN laborers enticed away by other US Contractors at Camp Victory. In the early stages of this enticement the numbers of such laborers was a low double digit figure. This number has now grown to about 6% of the TCN laborers employed here at Camp Victory.

The laborers enticed are offered salaries that are more than twice what PPI is paying. To these TCN's this is a very large amount of money and of course they wish to better their lives and make the transition. What is conveniently forgotten by these workers is that they signed a valid labor contract in the Philippines. This labor contract clearly states that if they leave the employ of PPI in Iraq that they must return to the Philippines.

The difficult position for KBR is that the workers that are being enticed are not general labor but skilled craftsmen such as electricians, generator mechanics, carpenters, plumbers and the like. The absence of these workers has a corresponding, negative impact on KBRs ability to meet its mission requirements to the US Military. It also deprives PPI of a revenue generating asset in which PPI has a large investment.

PPI has entered into valid contracts with the Philippine government that require PPI to ensure the health and safety and physical presence of these workers. PPI must open bank accounts for these workers. PPI vets these workers, provides a medical examination and transports them to Iraq. PPI has spent millions of dollars in the installation of their TCN Living Service Areas, Accounting Systems, Management Structure, Medical Support and Food Services. It is important to note that PPI has in excess of 4,500 TCN laborers in the Baghdad area alone.

The US Contractors that are enticing these workers away from PPI with the promise of higher wages do not have to enter into contracts with the Philippine government and they do not have to pay for all of the indirect, overhead, burden and fixed cost of these other US Contractors. These contractors are of course in a position to offer higher salaries because they do not have to invest all of the support and acquisition costs.

KELLOGG BROWN & ROOT SERVICES, INC PROPRIETARY DATA   SOURCE SELECTION INFORMATION   SEE FAR 3.104
Information contained on this page is subject to the restrictions on the first page of this document.

KBRE0005992

KBR has supported PPI in meetings held with our Administrative Contracting Officers in an attempt to have this accelerating practice of enticement halted. The position taken by the ACO has been that they will not intercede and are of the opinion that the US Government receives the benefit whether they are supplied by PPI or supplied by the Contractor that enticed the workers away.

While this may be true from a practical viewpoint it is certainly not true from an economic viewpoint. By paying a higher wage to these workers these US Contractors are seeking reimbursement from the Government on the higher wage. However, in that they do not have to pay the support and acquisition costs that PPI is exposed to their net profit position is enhanced greatly at the expense of PPI and to the detriment of the Government.

As mentioned earlier, PPI has a legal and fiduciary obligation to the Philippine Government in regards to these workers. These workers have signed valid and binding labor contracts which have been endorsed by the Philippine Government. Officials of the Philippine Government have come to PPI's TCN man camps to interview the workers and conduct open forums. These governmental officials have endorsed PPI's facilities, policies and procedures.

The Philippine Government has not endorsed any of these same attributes of any other US Contractor in Iraq or Baghdad.

KBR receives daily complaints from unknown persons that cover a wide range is issues from poor quality food and unsanitary conditions to physical abuse, restraint and withholding of salary. KBR takes all of these allegations seriously and they are investigated. To date we have not validated any of these allegations. KBR routinely inspects PPI's man camps and facilities at all of their locations with our QA/QC and HSE representatives. When areas of concern are noted by KBR, PPI has consistently responded in a positive manner.


Regards,

Robert Duncan
Kellogg Brown & Root
Subcontracts Department
Camp Parker, Baghdad

KBRE0005993

# EXHIBIT 111
# FILED UNDER SEAL

# EXHIBIT 112

**From:** Thomas Lynch
**Sent:** Thu Oct 07 03:30:36 2004
**To:** Bob Gerlach
**Cc:** Craig Truskey; David Poe; William Blankenburg
**Subject:** Transport of former employees of D&P on Al Asad Airbase
**Importance:** High

Mr. Gerlach,

At approximately 1030hrs, I was summoned to the BOC on Al Asad in reference to (3) D&P employees that quit approximately 2-4 months ago and have yet to depart this base. The (3) individuals names are Mr. Susanta Peiris, Mr. Nimal Ranjith, and Mr. Abdel Karim Abdelaal. Mr. Peiris, Mr. Ranjith, and Mr. Abdelaal are currently suffering from different medical conditions; Mr. Peiris-Hyperacidity/Heart Problems, Mr. Ranjith-Emergency Dental Ops required, and Mr. Abdelaal- Bad Blood Circulation. These (3) men have been waiting to return home now for a minimum of (2) months; they were scheduled to depart last week on a cargo airplane however; the plane was not going back to Jordan but, rather to Russia. Mr. Gataas Oweis told me that he would send the (3) men home with Mr. Rami Oweis, Directing Manager of D&P in approximately 10-15 days. From this it would appear that the (3) men were going to be taken care of however; more problems have arisen. One of the individual's daughter is suffering from Kidney failure also and is currently in the hospital in Sri Lanka; this individual URGENTLY needs to be returned to his HOR (Home Of Record). The three men were detained last night, 06 Oct 04, by the Base Security element at the Stadium attempting to buy some food. The (3) men were taken to the BOC and LTC Huston was made aware of the plight of these gentlemen. LTC Huston was told by the men that they have been here for approximately (4) months, they have not been paid, they have not been receiving food, and that KBR doesn't care what happens to them. I explained to the NCIS agent that this is not true and that the individual's have not been coming to KBR with their problems. I am sure that you realize that LTC Huston does not think that KBR is running its business at Al Asad correctly and KBR has been accused of running a "Slave Labor Camp" on Al Asad by different USMC commanders on Al Asad. I have spoken to Mr. Rabea Oweis in reference to these gentlemen and he has informed me that a car from Baghdad will be coming to pick up the gentlemen and bring them to Baghdad today. I will be going to the USMC BOC on Al Asad and requesting a Military Escort for these individuals. If it is possible, could a letter from the KBR Contracting Office to the D&P offices in Baghdad requesting that these personnel be transported to their home of record IMMEDIATELY be developed and submitted to those offices and a copy is given to the personnel when they depart? The NCIS agent made a statement to me this morning. He stated that the USMC on Al Asad is developing a file against KBR for submittal to the DCMA for "Improper Business Practices", some of the accusations include **failure to perform as directed by the contract and running slave labor camps.** Your assistance with this matter is greatly appreciated.

Respectfully submitted,

Thomas (Thom) Lynch
Area Security Coordinator
Al Asad Airbase, Iraq
281-669-1541 ext. 133

**KBR**, Government Operations
thomas.lynch@halliburton.com
Secure email:  LynchTL@1mardivdm.usmc.smil.mil

**NOTE: This document contains information** which may be withheld from the public because disclosure would cause a foreseeable harm to an interest protected by one or more Exemptions of the Freedom of Information Act, 5 USC Section 552. Furthermore, it is requested that any Government entity receiving this information act **in accordance with DoD 5400.7-R**, and consider this information as being **for official use only (FOUO)**, and mark, handle and store this information so as to prevent unauthorized access.

### ****INTERNET E-MAIL PRIVILEGED INFORMATION FOOTER****

This email, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient(s).  Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the addressee indicated in this message (or authorized to receive information for the recipient), please contact the sender by reply e-mail and delete all copies of this message **(including any attachments)**.

KBRE0019754

# EXHIBIT 113
# FILED UNDER SEAL

# EXHIBIT 114

**From:** Robert Hill - PM Iraq
**Sent:** Mon Sep 20 05:45:37 2004
**To:** David Stallard
**Subject:** RE: NCIS investigation
**Importance:** Normal

I want to go over and see the Chief of Staff on this.

*Robert S. Hill*

**KBR**

**Brown & Root Services**

**Government Operations LOGCAP III**

Project Manager - B Sites -III Corps - Northern, Iraq

c/o Brown & Root Services, Al Anbar Province, Iraq

APO AE 09384

(001) 281-669-5175  /  Thuraya 0088-216-7745-5820

robert.hill2@halliburton.com

**NOTE: This document contains information** which may be withheld from the public because disclosure would cause a foreseeable harm to an interest protected by one or more Exemptions of the Freedom of Information Act, 5 USC Section 552. Furthermore, it is requested that any Government entity receiving this information act **in accordance with DoD 5400.7-R**, and consider this information as being **for official use only (FOUO)**, and mark, handle and store this information so as to prevent unauthorized access.
-----Original Message-----
**From:** David Stallard
**Sent:** Monday, September 20, 2004 5:43 AM
**To:** Robert Hill - PM Iraq; 'Nishikawa, Jeffrey'
**Cc:** Charles Hazzard; Villegas, Julio
**Subject:** RE: NCIS investigation

I phoned Jay last night and discussed this with him as well, he is out of the office today on a site visit. So Julio will forward my last email pertaining to this to O'Day.

I just spoke to Thom and he found out that NCIS was questioning our subcontract MWR folks last night about

salaries.

Do you think we should get MEF G4 involved?

## *David Stallard*
KBR
**Brown & Root Services**
Government Operations LOGCAP III
Deputy Project Manager - B Sites -III Corps - Al Anbar Province, Iraq
Brown & Root Services,
(001) 281-669-1541 Ext 116 / Thuraya 0088-216-7745-8319
David.Stallard@Halliburton.com


****INTERNET E-MAIL PRIVILEGED INFORMATION FOOTER****
*This email, including any attached files, may contain confidential and privileged information for the sole use of the intended
recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the addressee indicated in this
message (or authorized to receive information for the recipient), please contact the sender by reply e-mail and delete all copies of this
message (including any attachments).*

-----Original Message-----
**From:** Robert Hill - PM Iraq
**Sent:** Monday, September 20, 2004 2:34 PM
**To:** Nishikawa, Jeffrey
**Cc:** David Stallard; Charles Hazzard
**Subject:** NCIS investigation

It has come to my attention that NCIS has been asked to conduct an investigation of our subcontractors hiring
practices. LTC Huston has decided that D&P has slave labor working for them.

I need your input ASAP, please get LTC O'Day involved.

We need to squash this immediately. He has no business in our operations.

Thanks

Bob
Al Asad


## *Robert S. Hill*
KBR
**Brown & Root Services**
**Government Operations LOGCAP III**
Project Manager - B Sites - III Corps - Northern, Iraq
c/o Brown & Root Services, Al Anbar Province, Iraq

KBRE0019197

APO AE 09384

(001) 281-669-5175 / Thuraya 0088-216-7745-5820

robert.hill2@halliburton.com

**NOTE: This document contains information** which may be withheld from the public because disclosure would cause a foreseeable harm to an interest protected by one or more Exemptions of the Freedom of Information Act, 5 USC Section 552. Furthermore, it is requested that any Government entity receiving this information act **in accordance with DoD 5400.7-R**, and consider this information as being **for official use only (FOUO)**, and mark, handle and store this information so as to prevent unauthorized access.

KBRE0019198

# EXHIBIT 115

**From:** Tom Quigley - Middle East
**Sent:** Mon Nov 01 23:42:28 2004
**To:** Bob Gerlach
**Subject:** FW: Problem with Halliburton Subcontractor in Iraq
**Importance:** Normal

Sorry Bob, I lost a synapse union there. TQ

Tom Quigley, CPCM
Procurement and Supply Management, LOGCAPIII
Baghdad, Iraq
965-964-3147 Kuwait
790-192-4206 Iraq
281-669-5397 Direct (US)
-----Original Message-----
**From:** Charles Quinn
**Sent:** Tuesday, November 02, 2004 7:37 AM
**To:** Tom Quigley - Middle East
**Subject:** RE: Problem with Halliburton Subcontractor in Iraq

Tom,

You inadvertently sent this to me instead of Bob.

Charles Quinn
KBR Procurement Supervisor
C Area Northern Iraq
Tikrit, Iraq
APO  AE 09392
Tel: 281-669-1556  Ext. 112

-----Original Message-----
**From:** Tom Quigley - Middle East
**Sent:** Tuesday, November 02, 2004 7:30 AM
**To:** Charles Quinn
**Subject:** FW: Problem with Halliburton Subcontractor in Iraq

Bob Gerlach - this is rather sketchy, but a note to D&B would sound appropriate.  If true, fixe it, if not, ignore it. TQ

Tom Quigley, CPCM
Procurement and Supply Management, LOGCAPIII
Baghdad, Iraq
965-964-3147 Kuwait
790-192-4206 Iraq
281-669-5397 Direct (US)

KBRE0008133

-----Original Message-----
**From:** John Bishop
**Sent:** Tuesday, November 02, 2004 12:13 AM
**To:** Tom Quigley - Middle East
**Cc:** David Hadcock; Robert Hill - PM Iraq; Steve Gulyas; Wendy Hall; LOGCAP III OPERATIONS HOU
**Subject:** FW: Problem with Halliburton Subcontractor in Iraq

Tom -

This sounds like a subcontract issue.  The individual cited in the below e-mail (DANNETTE CITTY) is the HSE Manager at Site B-1.  I'm not sure how all this information came about.  When you resolve the issue, please provide the information to myself and Wendy Hall.

Thanks.

John

-----Original Message-----
**From:** Wendy Hall
**Sent:** Monday, November 01, 2004 8:34 AM
**To:** LOGCAP III OPERATIONS HOU; Al Neffgen
**Subject:** FW: Probelm with Halliburton Subcontractor in Iraq

fyi

=========================================
Wendy Hall
Director of Public Relations
Halliburton
1401 McKinney, Suite 2400, Houston, Texas 77010
Tel: 713.759.2605 Cell: 713.447.4068
Internet:  www.halliburton.com

**From:** NuclearDuc@aol.com [mailto:NuclearDuc@aol.com]
**Sent:** Saturday, October 30, 2004 4:31 PM
**To:** Wendy Hall; Cathy Gist; Zelma Branch
**Cc:** Caulla1@aol.com
**Subject:** Probelm with Halliburton Subcontractor in Iraq

Hi

Attached, (and below) I hope you will find an e-mail from a marine Sgt, that is like family to us.  He relates that one of your subcontractors is not paying the workers supporting his camp.

There is little doubt in my mind that Halliburton is paying for the service and that if there is a problem, it is with the subcontractor.  But in any case, I would ask you to look into this.

We thought we might send this on to the media, but did not want to politizice the issue so close to the election and also thought the most effective way to fix the problem is to ask Halliburton to look into it.

Please feel free to call me.  And better yet, please look into this potential breech of contract by one of your subcontractors.

Thanks for your attention

Randy Sullivan
301 415 1123

AWWW, THANKS FOR THE E MAIL CLAUDIA. YOU, RANDY, FELIPE AND PAO HAVE BEEN GREAT. YOUR PACKAGE ESPECIALLY WENT TO A MARINE NAMED LCPL HIGHLAND. LCPL HIGHLAND HASNT RECIEVED A PACKAGE SINCE HE HAS BEEN HERE. WHEN I TOLD HIM  THAT THIS PACKAGE WAS ESPECIALLY FOR HIM HIS EYES OPENED WIDE. HE WAS SO HAPPY TO KNOW THAT PEOPLE LIKE YOU CARE ABOUT HIM. I TOLD HIM ABOUT YOU GUYS, I TOLD HIM STORIES ABOUT ME AND FELIPE.HE WAS REALL HAPPY TO HEAR THAT THERE ARE PEOPLE LIKE YOU THAT ARE INSPIRED ON HELPING AND SUPPORTING OUR TROOPS. SO FAR WE HAVE GOTTEN AWESOME CORRESPONDENCE. WE ARE NOW CURRNTLY SUPPORTING THE PEOPLE FROMNAPAL AND INDIA COMPLETELY WITH ALL OF THEIR HYGENE GEAR AND WINTER CLOTHING. WE ARE TRYING TO GET THEM PRE PACKAGED FOODS SO THAT THEY CAN ATLEAST EAT MORE THAN 1 MEAL A DAY. ALL THE CONTRACTORS GET THEM IS BREAD AND CHEESE ONCE A DAY. IT IS SO HORRIBLE. I CANT BELIEVE THEM. I CANT BELIEVE THA THEY WOULD TREAT THESE PEOPLE SO HORRIBLE.
WELL MY PARENTS ARE VERY PROUD. SOMETIMES THEY ARE SCARED. ESPECIALLY WITH EVENTS LIKE THE CAR BOMBING THAT HAPPENED RIGHT HERE ON BASE. THEY HAVE BEEN FRIGHTENED. ASIDE FROM THIS THEY ARE VERY HAPPY AND PROUD OF ME AND EVERY 1 OUT HERE.
 I ALSO WANTED TO REACH OUT AND THANK YOU FOR ALL YOUR SUPPORT. THANK YOU FOR ASSISTING ME IN PUTTING US ON THE WEBSITE. I AM GLAD THAT I WAS ABLE TO GET SUPPORT AND ABLE TO GET SUPPORT TO ALL THOSE OTHER PEOPLE THAT NEED IT.
WELL I WILL BE GETTING SOME MORE INSIDE INFORMATION ABOUT THE PEOPLE FROM NAPAL AND INDIA. THEY WERE CONTRACTED BY KBR AND HALLIBURTON, THE SUB CONTRACTOR THAT HIRED THESE PEOPLE IS CALLED D&P. THEY PAID ON AVERAGE A 1000 DOLLARS TO GET EMPLOYED BY THEM AND THEY WERE PROMISED 400 DOLLARS A MONTH FOR 2 YEARS. SO THESE PEOPLE, BEING POOR, TOOK THE OFFER BECAUSE BY GETTING PAID 400 DOLLARS A MONTH THEY WOULD BE ABLE TO SUPPORT THEIR FAMILY FOR SEVERAL YEARS AFTER THEY COMPLETED THER EMPLOYMENT WITH THE COMPANY HERE IN IRAQ. WELL THEY HAVE NOT BEEN PAID. THEY HAVENT BEEN PAID IN  5 MONTHS. ALSO THEY BARELY GET FED ONCE A DAY. I RESENT THE AMERICAN CONTRACTING COMPANIES FOR DOING THIS TO THEM. I GOT ALL THIS INFORMATION FROM THEIR MANAGER WHO IS NAMED DANNETTE CITTY. SHE WORKS FOR KBR AND HALLIBURTON. SHE MAKES 80,000 DOLLARS A YEAR TO MANAGE THE BASE LAUNDRY FACILITY.
THANK YOU SO MUCH. WITH OUT YOU SUPPORT AND KNOWLEDGE I DONT KNOW HOW WE

KBRE0008135

WOULD BE ABLE TO HELP SO MUCH.

THANK YOU CLAUDIA, RANDY, PIPE AND PAO.

LOVE ,
DANNY
    -----Original Message-----
    **From:** Caulla1@aol.com [mailto:Caulla1@aol.com]
    **Sent:** Tuesday, October 26, 2004 2:47 AM
    **To:** NaranjoD@3MAWDM.usmc.mil
    **Subject:** Hola Daniel ;-)
    Hola Daniel.


When I do not get any emails, from you we monitor you through any soldier, not that we are complaining.

I hope you like what I send you, and the packages did some good; just wanted to let you know, even
thought  you are not my son I fell like you are family. How proud your parents should be of you.

You are doing a great job, by taking care of the people under you, and by the actions, you are   taking with
the individuals from Nepal and India. I have been thinking of calling my Congressman and see if they can
do something about this matter, but with elections coming up I do not want this to be use.
I an going to call the Embassy of India and Nepal and see if they will do something, also I thought of calling
Halliburton, and they might look into this, but first I want to know if is ok to used the email about this matter
to bring it to their attention, please let me know.

We are doing great, I have a flyer and Sunday I printed 35 of them and gave them out to the neighbor will
see how many will come through, I found table size Christmas tree with tiny decorations, also I got you
some reindeer antlers, and some elf hats, will try to mail before the 20 of November.

Hey, I love the last picture the one with Sadam Hussein and the Iraqis with the donkey; I need a copy of
this picture.
Pipe and Juan Pablo say hi, also many of their friends.

Please answered this email when you can

Love
Claudia and Randy

KBRE0008136

# EXHIBIT 116

**From:** William Jonas
**Sent:** Thu May 06 05:26:25 2004
**To:** Charlie Carr
**Cc:** Tom Quigley - Middle East; Mike Mulholland
**Subject:** FW: Need help -- Wendy HALL....
**Importance:** Normal

Charlie and all, we need some help in answering these questions ASAP.  Sorry, but the press continues to dig up these stories and Houston insists on answering each one.  Thanks, Bill

-----Original Message-----
**From:** David Swindle
**Sent:** Wednesday, May 05, 2004 6:50 PM
**To:** William Jonas; Jill Pettibone
**Subject:** FW: Need help -- Wendy HALL....

FYI... dave

THIS E-MAIL, CONTAINING ANY ATTACHED FILES, MAY CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION FOR THE SOLE USE OF THE INTENDED RECIPIENT(S).  ANY REVIEW, USE, DISTRIBUTION OR DISCLOSURE BY OTHERS IS STRICTLY PROHIBITED.  IF YOU ARE NOT THE INTENDED RECIPIENT (OR AUTHORIZED TO RECEIVE INFORMATION FOR THE RECIPIENT), PLEASE CONTACT THE SENDER BY REPLY E-MAIL AND DELETE ALL COPIES OF THIS MESSAGE.  THANK YOU.

-----Original Message-----
**From:** Wendy Hall
**Sent:** Wednesday, May 05, 2004 3:35 PM
**To:** Megan Mason; Michael Hatch; David Swindle
**Cc:** Craig Peterson; Mike Mulholland; Jill Pettibone; Charlie Carr; Wayne Agness; Melissa Norcross; Chris Heinrich
**Subject:** RE: Need help

Dave,
Will you please help me out with this?

Here is another email on this subject.  WE MUST RESPOND.

Megan,
Please find out the information on this.

From: David Rohde [mailto:rohde@nytimes.com]
Sent: Wednesday, May 05, 2004 2:31 PM
 To: Patrice Mingo
 Cc: Wendy Hall; Sami Ajam
 Subject: New York Times questions

KBRE0006851

Dear Ms. Hall, Ms. Mingo and Mr. Ajam:

I am a reporter for The New York Times based in India. I just interviewed four Indian citizens who received recommendations letters from Gulf Catering Company and KBR certificates of appreciation for their recent work in Iraq. Their names are Faisal Aliyarkunj, Abdul Aziz Shahjehan, Haniffa Mansool and Hameed Abdul Hafiz.

 Recommendations letters they showed state that they worked for Gulf Catering Company at the Q-West FOB in Iraq between August 2003 and April 2004. A letter from an American Master Sgt named Wendell Hemsley also stated that Faisal Aliyarkunj worked at Tall'Afar Camp during the same period, apparently for GCC. All four made several complaints and I wanted to ask you for a response. I am also trying to reach GCC. If you have an e-mail for their public relations director, I would greatly appreciate it if you could send it to me.

The men said they paid $1,700 to a recruiting company in Bombay, India called Shubash Vijay Associates. The company promised them a Kuwaiti work visa and a job for two years as a butcher on a military base in Kuwait. Their salary would be $385 per month and they would be provided with free room and board.

When the men arrived in Kuwait in August 2003, they were driven to Baghdad, Iraq and then to Q-West FOB. For the first three months there, they were forced to erect and live in a tent. They also had limited drinking water and worked up to 18 hours a day. When they asked to leave, they said they were told by you and other supervisors that they had been "purchased" for 45,000 Indian rupees (about $1,000) and they had to work in Iraq for six months. They said their passports were taken away by GCC officials when they arrived and had no way of leaving.

Working and living conditions improved at the camp, but they received far less salary than they were promised, only $150 a month. They finally left Iraq in April 2004 and described the experience as "hell." All told, they lost money during their time in Iraq. Please answer the following questions for a story I am writing.

1. What is your response to the men's account?
2. What parts of it are accurate or inaccurate?
3. What is KBR's relationship with the Gulf Catering Company? The men said that KBR was aware that GCC was "cheating" them on their wages, but did nothing to stop it.
4. Does KBR set a minimum wage that is to be paid by its sub-contractors? What is the average wage you pay non-American employees in Iraq?
5. Are GCC and other sub-contractors allowed to take employees' passports and block them from leaving their job if they no longer wish to work there?
6. How many of GCC's and KBR's employees in Iraq are Indians? What percentage of your work force there do they constitute? (The men estimated that 80 percent of the workers were Indians.)
7. In my own personal travels, I have seen that KBR employees Bosnians on the Bagram military base in Afghanistan. What percentage of KBR's work force in Iraq and Afghanistan and are non-American?

KBRE0006852

I can be reached in India at 91-98-101-43204 if you wish to contact me. You
can also respond to me by e-mail. Please respond as soon as possible. My
editors would like me to write and file the story Wednesday night.

Sincerely,
David Rohde
South Asia Bureau Co-Chief
The New York Times


==========================================
Wendy Hall
Director of Public Relations
Halliburton
1401 McKinney, Suite 2400, Houston, Texas 77010
Tel: 713.759.2605 Cell: 713.447.4068
Internet: www.halliburton.com



**From:** Megan Mason
**Sent:** Wednesday, May 05, 2004 1:21 PM
**To:** Wendy Hall; Michael Hatch
**Cc:** Craig Peterson; Mike Mulholland; Jill Pettibone; Charlie Carr; Wayne Agness; Melissa Norcross; Chris Heinrich
**Subject:** RE: Need help


Mike **-** Understand the concerns with answering allegations without knowing all the facts. Hopefully,
someone on this message train will have some insight as to whether or not there is any validity here.

Wendy **-** Concur, don't want to turn this into a PR nightmare until we get to the bottom of this. Which is
why I asked for an extra day, since there is significant staffing to get through.

Megan
-----Original Message-----
**From:** Wendy Hall
**Sent:** Wed 5/5/2004 12:59 PM
**To:** Michael Hatch; Megan Mason
**Cc:** Craig Peterson; Mike Mulholland; Jill Pettibone; Charlie Carr; Wayne Agness; Melissa Norcross; Chris Heinrich
**Subject:** RE: Need help
Below please see where this reporter identifies this as one of our subs. What do we know about this?

-----Original Message-----
From: APerry0220@aol.com [ mailto:APerry0220@aol.com]
Sent: Tuesday, May 04, 2004 1:09 PM
To: Wendy Hall
Subject: Re: from Time, New Delhi


Hi Wendy -- thanks for this. Since I wrote this note, one of the returned Indian workers has confirmed both that it
was the Gulf Catering Company and that GCC was contracted to KBR.

KBRE0006853

I know this puts you guys in a tough position and I'm sorry for that. But many thanks again and I'll wait to hear from you.

Alex
In a message dated 4/5/04 11:01:03 pm, Wendy.Hall@Halliburton.com writes:

<< First, I have never heard of anything like this, but I will look into it.  Also, I do not believe that we are the only company that provides dining services. >>

=========================================
Wendy Hall
Director of Public Relations
Halliburton
1401 McKinney, Suite 2400, Houston, Texas 77010
Tel: 713.759.2605 Cell: 713.447.4068
Internet:  www.halliburton.com

---

**From:** Michael Hatch
**Sent:** Wednesday, May 05, 2004 12:49 PM
 **To:** Megan Mason; Wendy Hall
 **Cc:** Craig Peterson; Mike Mulholland; Jill Pettibone; Charlie Carr; Wayne Agness; Melissa Norcross; Chris Heinrich
 **Subject:** RE: Need help

Second reply:  As I read this again, it is clear that Alex essentially wants us to reply to a story from "The Indian Express."  I'm sorry but, come on!

He can't even tell us whether these poor people worked for one of our subcontractors.  He merely assumes it, and his assumption is based on a false premise.  Again I must stress: we are in no position to fill in these blanks for him.

Answering these questions in definite terms is a tacit acknowledgement that these people worked for one of our subcontractors.  We shouldn't admit that unless we know it to be true.

I apologize for repeating myself.  OK, Mike

Michael E. Hatch
Attorney
Government Operations
Middle East Region
Laila Tower, 7th Floor, Office 1
Salem Al-Mubarak St., Salmiya-Kuwait
Office:  +965 575 5185
Fax:    +965 575 5186
Mobile  +965 960 3826
E-mail:   michael.hatch@halliburton.com

KBRE0006854

This electronic mail message contains information that(a)is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and(b)is intended only for the use of the Addressee(s)named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system. Thank you.

-----Original Message-----
**From:** Megan Mason
**Sent:** Wednesday, May 05, 2004 5:07 PM
**To:** Wendy Hall
**Cc:** Craig Peterson; Mike Mulholland; Michael Hatch; Jill Pettibone; Charlie Carr; Wayne Agness; Melissa Norcross
**Subject:** RE: Need help
**Importance:** High

Wendy –  I'm working but this is a very sensitive topic.  No way to get another day?

All – Trying to consolidate some answers tonight if possible.

Megan

*M.M. Mason*

Media Relations

**KBR**

Iraqna: +7901-924-237

Thuraya: +88216-7745-6150

Kuwait: +965-924-7188

megan.mason@halliburton.com

*INTERNET E-MAIL PRIVILEGED INFORMATION FOOTER* This document contains information which may be withheld from the public because disclosure would cause a foreseeable harmto an interest protected by one or more Exemptions of the Freedom of Information Act, 5 USC Section 552. Furthermore, it is requested that any Government entity receiving this information act in accordance with DoD 5400.7-R, and consider this information as being **For Official Use Only (FOUO)**, and mark, handle and store this information so as to prevent unauthorized access.

-----Original Message-----
**From:** Wendy Hall
**Sent:** Wednesday, May 05, 2004 4:46 PM
**To:** Megan Mason
**Subject:** FW: Need help

Please come back to me ASAP today with a strong response to these questions.  Thank you.

_____

Wendy Hall
Director of Public Relations

Halliburton
1401 McKinney, Suite 2400, Houston, Texas 77010
Tel: 713.759.2605 Cell: 713.447.4068
Internet: www.halliburton.com


**From:** Jill Pettibone
**Sent:** Wednesday, May 05, 2004 6:34 AM
**To:** Megan Mason
**Cc:** Charlie Carr; Wayne Agness; Michael Hatch; Wendy Hall
**Subject:** RE: Need help

Megan

    I would say that most of these require careful crafting with legal.  These questions are loaded.
    From what I understand, KBR is not the only contractor with DFACs in Iraq.
    I put some comments in here.  I'll be gone the next few days, but you can work with Charlie and Mike.
    I'm going to forward the questions to some other people in a separate string that I'll copy you on.  I'm not sure of the approval process for these things, but I imagine you would need to go through Arlington before it goes to Wendy.


Jill


-----Original Message-----
**From:** Megan Mason
**Sent:** Wednesday, May 05, 2004 6:03 AM
**To:** Michael Hatch; Wendy Hall
**Cc:** Jill Pettibone; Charlie Carr; Wayne Agness
**Subject:** RE: Need help

Mike –

I'd planned on sending these along to you, was looking for first cut from Wayne.  Glad he got you involved.  I cut and paste these questions in from the email forwarded to me by Wendy.


Wendy   Have you verified his affiliation?  I will check with the Time people here.


Megan

*M.M. Mason*

Media Relations
**KBR**
Iraqna:  +7901-924-237
Thuraya: +88216-7745-6150
Kuwait: +965-924-7188
megan.mason@halliburton.com

*INTERNET E-MAIL PRIVILEGED INFORMATION FOOTER* This document contains information which may be withheld from the public because disclosure would cause a foreseeable harm to an interest protected by one or more Exemptions of the Freedom of Information Act, 5 USC Section 552. Furthermore, it is requested that any Government entity receiving this information act in accordance with DoD 5400.7-R, and consider this information as being **For Official Use Only (FOUO)**, and mark, handle and store this information so as to prevent unauthorized access.

-----Original Message-----
**From:** Michael Hatch
**Sent:** Wednesday, May 05, 2004 12:57 PM
**To:** Wayne Agness; Megan Mason
**Cc:** Jill Pettibone; Charlie Carr
**Subject:** RE: Need help

Megan:  Before we get started: Are these the questions *precisely* as the Time bureau put them to you?  Is there any way we can verify that the questioner is who he says he is?  Check credentials?

Sorry for the banal questions.  I smell a rat.

OK, Mike

-----Original Message-----
**From:** Wayne Agness
**Sent:** Wednesday, May 05, 2004 12:41 PM
**To:** Megan Mason
**Cc:** Jill Pettibone; Michael Hatch; Charlie Carr
**Subject:** RE: Need help

Megan,

Yes, this is a subcontracting area.  After reading the items, they are basically throwing darts out to see what we bite on. Some of the names are actual companies we use while others are locations. I have addressed some of the items within the text, however this is really beyond what I have visibility on.

With the high visibility we have had on DFACs, I would recommend you touch base with Jill Pettibone from the Procurement Tiger Team, Charlie Carr, SCA DFAC Tiger Team and also Michael Hatch, KBR legal in Kuwait. I have cc'd them to try to move this forward more timely for you.

Wayne

Wayne Agness
Project Manager - Food Service
Kellogg, Brown and Root Services
LOGCAP III, Baghdad, Iraq
281-669-1685 tone 118
Iraq Cell: 790-192-4226

****INTERNET E-MAIL PRIVILEGED INFORMATION FOOTER****
This email, including any attached files, may contain confidential and privileged information for the sole use of the

KBRE0006857

intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the addressee indicated in this message (or authorized to receive information for the recipient), please contact the sender by reply e-mail and delete all copies of this message (including any attachments).

-----Original Message-----
**From:** Megan Mason
**Sent:** Wednesday, May 05, 2004 2:48 AM
**To:** Wayne Agness
**Subject:** Need help
**Importance:** High

Wayne –

Have some questions I need your help with.  Have a query from  Time, New Dehli bureau. I know this is a sub-contracting issue, and right now there is a lot of visibility with several issues with the treatment/facilities/pay for our sub-contractors.  I need to be able to provide some smart responses to Halliburton.    Can you help?

I'm following up on some press reports in the Indian press today regarding caterers working at US military bases in Iraq. Several Indian kitchen assistants have appeared in a number of newspapers, relating a story about how, essentially, they were trafficked against their will into Iraq and made to work at US military bases.

From our own inquiries, it seems around 30 men from the southern state of Kerala were recruited by an employment agency in Bombay to work in Kuwait. The agency arranged tickets and visas and the men flew to Kuwait City. At the airport they were picked up by a bus -- some reports have the bus as hired by a company called the Gulf Catering Company, or possibly the Kuwait Catering Company, Saudi-based Satco or UK-based Eurest Support Services (**We have used all but Kuwait Catering**) or a firm called Anaconda **(Location, not a company),** but we haven't been able to confirm precisely who -- and transported over Kuwait's northern border into Iraq. From there they were taken to Baghdad, then Mosul and finally a camp called Q-West outside Mosul. Apparently, it was only after several hours that the workers realized they were in Iraq. They stayed there for nine months, against their will apparently, before finally "escaping" to Jordan last month and then back here. **(This certainly could have happened, but I have not heard anything)** I wouldn't comment on this.

The Indian government has today requested clarification from the US government on the "Indian nationals who wished to leave were unable to do so and were being compelled to continue to remain in Iraq against their will." Is this true?  Has anyone confirmed? It added it regarded as "disturbing" the reports that "Indian nationals are being forced to work for contractors active in Iraq." Last week, a representative of the Keralan workers petitioned the Indian government for help in releasing the "100 or so" Keralites who are "trapped in Iraq." And today, the Indian Express newspaper revealed that two of these unwilling workers had been killed in a convoy ambush, and a third injured.

Seeing Halliburton, through KBR, has the sole contract for catering to the US military, the catering agency supplying these Indians (and foreign workers of

KBRE0006858

other nationalities, such as the Philippines and Pakistan) has, I think, to be a Halliburton/KBR subcontractor. In those circumstances, can I ask you:

1. For a general comment on this situation. While we are dealing with subcontractors here, how much responsibility does Halliburton accept for what essentially amounts to human trafficking by your subcontractors? Will you be investigating? **(legal needs to address) agree that legal needs to address, but we probably should make a general statement that we do not know that these men were employed by any KBR subcontractor, that KBR is not the only contractor in Iraq. We should probably also say that when we subcontract services to another company, that company is responsible for providing the personnel and facilities to perform the service.**

2. Can you comment on the wages these men were paid -- $280 a month? Does that seem fair for what they say was a 20-hour day, and that in a war zone? Do you think that compares favorably to other KBR employees? **(SCA will answer, but generally we bid a contract for fixed wages for a staff. We do not see the individual salaries) We should probably say something like we cannot comment on the wages, or how they compare to KBR employees. The workers are not KBR employees, they are employees of the subcontractor.**

3. Why were these men unable to leave as they wished? **No idea. We might want to say something like: The subcontractor is responsible for managing the work and the personnel associated with providing the service.**

4. At least two of these men have been killed. How many other KBR employees or suncontractors or associates have been killed in Iraq, and from which nationalities? What were their names? **No idea. I think numbers have been given before, I'm not sure about names. Legal should address.**

5. The fact that men were working unwillingly and then lost their lives seems particularly tragic. Could you comment on that? I'd probably say something like: Loss of life is always tragic. I wouldn't say anything more.

6. Has the Indian government been in contact? Are you going to contact them? Or your former subcontrated employees to investigate and explain Halliburton's position? Would you be offering any kind of compensation?
                                        Will you be changing the firms of caterers you employ? Legal needs to address, but I wouldn't answer the last question at all.

7. What is your response to the Indian workers' claims that they were "slaves"? I'd probably say something like: We cannot respond to this. This issue needs to be address to the firm that employed them.

Sorry to land all this on you like this. I should also let you know that I'm working to a deadline of Thursday evening Delhi time, which is Thursday morning your time, although we'll also be following the story after that.

Thank you!! Megan

KBRE0006859

***M.M. Mason***
Media Relations
**KBR**
Iraqna:  +7901-924-237
Thuraya: +88216-7715-6150
Kuwait: +965-924-7188
 megan.mason@halliburton.com

*INTERNET E-MAIL PRIVILEGED INFORMATION FOOTER*  This document contains information which may be withheld from the public because disclosure would cause a foreseeable harm to an interest protected by one or more Exemptions of the Freedom of Information Act, 5 USC Section 552. Furthermore, it is requested that any Government entity receiving this information act in accordance with DoD 5400.7-R, and consider this information as being **For Official Use Only** **(FOUO)**, and mark, handle and store this information so as to prevent unauthorized access.

KBRE0006860

# EXHIBIT 117

From: Megan Mason
Sent: Mon May 10 06:30:45 2004
To: Mike Mulholland; Kristine Burnell; Charlie Carr; Tom Quigley - Middle East; Chris White
Subject: FW: Indians for Time Magazine
Importance: Normal
Attachments: image001.gif

All,

Below the responses I provided Halliburton on the Indian sub-contractor subject for the two reporters.  The only article we have seen is from the NYT.  Text immediately below.

**The New York Times**

05/07/2004

# Indian Contract Workers in Iraq Complain of Exploitation

### By DAVID ROHDE

VELICHAKKALA, India, May 5 — Last summer an agent for an Indian recruitment company offered what seemed like the chance of a lifetime to Abdul Aziz Hamid and his younger brother Shahjahan.

For an $1,800 fee, the recruiter promised to get the two young south Indian men jobs as butchers on a military base in Kuwait for two years, they said. With salaries of $385 a month, a small fortune by Indian standards, they would join more than three million Indians already working in the Persian Gulf and enriching their families back home.

They mortgaged a relative's house and land, paid the fee and flew to Kuwait in August with two of their friends. What they say they encountered when they got there landed on the front pages of Indian newspapers this week, with one headline declaring "Indians Abused in Iraq" in "U.S. Slave Camps."

Within days, the brothers said, they and their friends found themselves on an American military base in northern Iraq working for a Saudi subcontractor of Kellogg, Brown & Root, or KBR, a subsidiary of Halliburton. They said their supervisor, who had taken their passports in Kuwait, told them they were obligated to work on the base for six months and could not leave.

Working alongside 200 other laborers, from India, the Philippines and Sri Lanka, they first cleaned American latrines and then washed American dishes, the brothers said. Their pay was roughly $150 a month, they said, less than half of what the recruiter had promised.

"We were in hell," said Shahjahan, who returned here with his brother last week. "I told my wife over the phone, `If God wills us, we will meet again.' "

Officials from Gulf Catering Company, a Saudi company hired by KBR to provide food services at six American bases in Iraq, confirmed that it employed the four men. But the officials denied that the men had been exploited, underpaid or prevented from leaving Iraq.

"The passports are only kept for safekeeping," said Nico Smith, the company's human resources manager. "When they wanted to resign we never said they can't go "

Wendy Hall, a spokeswoman for KBR, said Gulf Catering was a "second tier" subcontractor, one hired by another KBR subcontractor to work in Iraq. She said that this was the first time KBR had heard the allegations of worker mistreatment and that the company would aggressively investigate them.

"KBR has a policy to terminate any and all subcontractors if we know of mistreatment of employees," Ms. Hall said. "Under KBR policies our employees are allowed to quit and leave the sector at their choosing."

While KBR and its subcontractors deny mistreating the men, their allegations of exploitation have reverberated in India. The new charges come after graphic images of American soldiers humiliating and sexually abusing Iraqi prisoners have been splashed across Indian television screens and newspapers for a week.

Taken together, Indian officials said, the allegations have further dimmed the already remote chances that India might send troops to aid the American effort in Iraq.

In the wake of the allegations this week, the Indian government is demanding that the United States investigate and give an accounting of how many Indians are employed in Iraq and how they are being treated.

A Pentagon spokesman said that the Defense Department was aware of the Indian government request and that any illegal activities would be investigated. He referred questions to the State Department, where an official said the reports were being taken seriously.

KBRE0008051

On April 15 the Indian government banned Indian workers from going to Iraq, but government officials acknowledge that there are hundreds, if not thousands, of Indians already there. Two weeks ago, two men working for a contractor died in Iraq, according to an Indian government official, who did not identify the contractor.

The problem, according to Indian officials, is that despite their country's booming economy, millions of Indians are desperate for the wages the contractors can offer. The two brothers said 250 other men were lined up at the recruiter's office in Mumbai, or Bombay, when they arrived last summer.

At the time, the Indian news media hailed the jobs with the United States military, with one headline declaring, "Mumbai Boys Get Ready to Cook Curry for U.S. Marines." Another declared, "Indian Job Seekers Join Bush Coalition."

The Hamid brothers and their friends said their biggest complaint was with the Indian firm that recruited them, Subhash Vijay Associates. The men said they had not been told they would be going to Iraq and bitterly complained about the $1,800 fee, which is more than four times India's average annual per capita income of roughly $400.

In a series of telephone interviews, Shukla Yadav, who described himself as an executive at the recruiting company, confirmed that it had sent the men to Kuwait. But he said he had no idea that they would then be sent to Iraq. He said the men had not paid an $1,800 fee, but declined to say what fee, if any, they or other clients pay.

Mr. Smith, the human resources director for Gulf Catering, said all of its workers were aware that they would be going to Iraq. But he said that many workers from India and other Asian countries complained about having to pay excessive fees to recruiting companies.

Mr. Smith, who joined Gulf Catering in February, said he tried to negotiate a reduction in the fees with the recruiting companies. Indian newspaper accounts quoted recruiting executives as saying they made fees of $300 to $800 per recruit.

"We got absolutely nowhere," Mr. Smith said. "They tell you one thing over the phone and things go on the same way." He said he had eventually been advised to "leave it be" and give up the effort.

While agreeing that the recruiting fees could be excessive, Mr. Smith said the men's accounts of being mistreated in Iraq were false. He said that no workers were held against their will and that passports had been collected after a fire on an American base destroyed some workers' passports.

To refute the men's account, he produced the name and telephone number of another Indian who had recently returned from Iraq. The man, who identified himself as Thomas Joseph, said in a telephone interview that he had been recruited by the Bombay firm and then worked for Gulf Catering in Iraq.

He said that he had paid the Bombay firm a $350 fee for locating the job and that he had signed a contract saying he would work for six month in Kuwait and, if necessary, Iraq. He said he had made $1,000 a month working as an executive chef in Iraq and remembered the four men who filed the complaints, whom he described as cleaners and dishwashers.

Mr. Joseph accused the men of making false statements but said he, too, had been put under pressure to remain in Iraq through the length of his contract. He said he had been told he would not receive a promised air ticket home to India if he left Iraq early.

"They said if you don't work the six months, they will not pay for the round-trip ticket."

Faisal Aliyalgunj, a 34-year-old father of three who is one of the four men complaining of mistreatment, said he blamed the Indian recruiting agent for his woes.

The fee he paid was so high, he said, that he actually lost money on his nine months in Iraq. His hopes of earning enough money to return home, buy land and build a house for his family died on a bleak American base in the desert of northern Iraq.

"We can blame neither the Americans nor the Iraqis," he said. "It's the company which cheated us."

### *M.M. Mason*

Media Relations

**KBR**

Iraqna: +7901-924-237

Thuraya: +88216-7745-6150

Kuwait: +965-924-7188

megan.mason@halliburton.com

*INTERNET E-MAIL PRIVILEGED INFORMATION FOOTER*  This document contains information which may be withheld from the

public because disclosure would cause a foreseeable harm to an interest protected by one or more Exemptions of the Freedom of Information Act, 5 USC Section 552. Furthermore, it is requested that any Government entity receiving this information act in accordance with DoD 5400.7-R, and consider this information as being **For Official Use Only** (FOUO), and mark, handle and store this information so as to prevent unauthorized access.

-----Original Message-----
**From:** Megan Mason
**Sent:** Thursday, May 06, 2004 7:39 PM
**To:** Wendy Hall; David Swindle; Chris Heinrich
**Cc:** Patrice Mingo, Melissa Norcross, Jennifer Douglass, Mike Mulholland
**Subject:** FW: Indians for Time Magazine

Wendy -
Q&As for the Time Magazine query. I have local approval. Hope this helps. Please let me know if you need anything else.

1. For a general comment on this situation. While we are dealing with subcontractors here, how much responsibility does Halliburton accept for what essentially amounts to human trafficking by your subcontractors? Will you be investigating? This is the first we'd heard of these allegations. If KBR had been made aware of these allegations, we would have been compelled to report the wrong doings to appropriate authorities, including our client. The client has the authority to debar contractors if they choose to do so. KBR will terminate contractors for mistreatment of employees if the situation warranted it.

2. Can you comment on the wages these men were paid -- $280 a month? Does that seem fair for what they say was a 20-hour day, and that in a war zone? Do you think that compares favorably to other KBR employees? Wages are established by the sub-contractor and are not within the purview of KBR. KBR does not discuss the salaries of any of our employees.

3. Why were these men unable to leave as they wished? KBR does not condone and will not tolerate any practice that unlawfully compels sub-contract employees to perform or remain in place against their will.

4. At least two of these men have been killed. How many other KBR employees or subcontractors or associates have been killed in Iraq, and from which nationalities? What were their names?
Civilian contractors work side-by-side with the military and Iraqi people. Halliburton and its subcontractors have lost 35 personnel while performing services under our contracts in the Kuwait-Iraq region.

**(Cathy - note the number is 35. We lost a sub on May 1st. I don't have their names readily available, and I am not inclined to provide a list.)**

KBRE0008053

5. The fact that men were working unwillingly and then lost their lives seems particularly tragic. Could you comment on that?

Our work is difficult and in a dangerous environment. We work closely with the coalition authorities to ensure the safety and security of all our personnel in the region.

6. Has the Indian government been in contact? Are you going to contact them? Or your former subcontrated employees to investigate and explain Halliburton's position? Would you be offering any kind of compensation? Will you be changing the firms of caterers you employ?

KBR, as a private entity, is not typically informed of communications between national governments, and is in no position to comment on them. Because we only just heard of these allegations, we are not presently able to declare what our future actions will be prior to an investigation into these matters.

7. What is your response to the Indian workers' claims that they were "slaves"?

KBR will terminate contractors for mistreatment of employees if the situation warranted it. The Statement of Work establishes minimum requirements for personnel including, but not limited to: transportation, housing, routine medical treatment, personal hygiene, personal protection equipment, and laundry.


-----Original Message-----
From: Megan Mason
Sent: Thursday, May 06, 2004 4:02 PM
To: Wendy Hall
Cc: Mike Mulholland; Michael Hatch; Patrice Mingo; Melissa Norcross; Jennifer Douglass; Megan Mason
Subject: NYT Indian sub-contractor questions
Importance: High

Wendy -

Below are answers to the NYT questions. I am still working the Times questions. Will have those for you shortly.

Megan

New York Times
1.    What is your response to the men's account?
This is the first we'd heard of these allegations. If KBR had been made aware of these allegations, we would have been obligated to report the wrong doings to appropriate authorities, including our client. The client has the authority to debar contractors if they choose to do so. Additionally, KBR has terminated contractors for mistreatment of employees and would not hesitate to do so again if the situation warranted it.

2.    What parts of it are accurate of inaccurate?

GCC did work for KBR as a second tier sub-contractor at the Q-West FOB during the time frame you are referring too.

KBRE0008054

3. What is KBR's relationship with the Gulf Catering Company? The men said that KBR was aware that GCC was " cheating" them on their wages, but did nothing to stop it.
During the period following August 2003 GCC was a second tier sub contractor at the site. KBR is not aware of any allegations of non-payment of wages.

4. Does KBR set a minimum wage that is to be paid by its sub-contractors? What is the average wage you pay non-American employees in Iraq?

Wages are established by the sub-contractor and are not within the purview of KBR.

5. Are GCC and other sub-contractors allowed to take employees' passports and block them from leaving their job if they no longer wish to work there?
KBR sub-contractors are neither required nor encouraged to commit any such practices under KBR contracts. KBR does not condone and will not tolerate any practice that unlawfully compels sub-contract employees to perform or remain in place against their will.

6. How many of GCC's and KBR's employees in Iraq are Indians? What percentage of our work force do they constitute? (The men estimated that 80 percent of the workers were Indians)

Unfortunately, this is a difficult statistic to capture. Direct hire employees are only asked about their nationality and are not required to provide it. Sub contracted companies may be from one country, but that does not necessitate their employees are strictly of that nationality.

7. In my own personal travels, I have seen that KBR employees Bosnians on the Bagram military base in Afghanistan. What percentage of KBR's work force in Iraq and Afgahnistan are non-American?

The majority of the approximately 9,000 KBR employees in Kuwait, Iraq and Afghanistan are US citizens.

*M.M. Mason*
Media Relations
**KBR**
Iraqna: +7901-924-237
Thuraya: +88216-7745-6150
Kuwait: +965-924-7188
megan.mason@halliburton.com

*INTERNET E-MAIL PRIVILEGED INFORMATION FOOTER* This document contains information which may be withheld from the public because disclosure would cause a foreseeable harm to an interest protected by one or more Exemptions of the Freedom of Information Act, 5 USC Section 552. Furthermore, it is requested that any Government entity receiving this information act in accordance with DoD 5400 7-R, and consider this information as being **For Official Use Only (FOUO)**, and mark, handle and store this information so as to prevent unauthorized access.

KBRE0008055

# EXHIBIT 118

# Concerns Rise Over Treatment of Indians in Iraq

**REUTERS** *Sunday, May 09, 2004 3:37 a.m. ET*

By Terry Friel

VELICHIKKALA, India (Reuters) - Indian police are hunting a jobs agent who duped poor and illiterate workers into going to U.S. army camps in Iraq where they say they ended up trapped for months working as virtual slaves.

**Story Tools**



**More Wire Service Stories**

- Breaking News
- Business
- Entertainment
- Politics
- Science
- Sports
- Technology
- World

Allegations of abuse by U.S. troops told by the first batch of returnees sparked outrage in India last week, drawing comparisons with the treatment of Iraqi prisoners.

At the request of the Indian government, U.S. officials have launched an investigation into the claims.

But the workers, while insisting U.S. troops intimidated and harassed them and that they were not allowed to leave, say they were never abused physically.

Interviews with those at the heart of the complaints indicate the main problems were with the contractor employing them -- on behalf of a unit of U.S. firm Halliburton -- and Iraq's harsh wartime environment and desert climate.

Police say the agent, who recruited the workers for another company in Bombay, which then sent them overseas, has fled.

KBRE0014066

Fasil Aliyarukunju and Abdul Azeez Shajahan, two day-wage Muslim butchers from Velichikkala village in the coconut and cashew groves of the southern state of Kerala, say they were tricked into going to Iraq.

They were then kept for nine months working 18 hours a day in U.S. camp kitchens, threatened with beatings and verbally abused by soldiers before their contractor employer let them go home.

"They did not abuse us physically," Fasil said, referring to U.S. soldiers.

"The psychological abuse was worse," he said, sitting in a tiny cement-floored hut, the air heavy with wood smoke from cooking fires.

American soldiers made vague threats the contract kitchen staff would "face the consequences" if they stopped work, sometimes patting their guns as they spoke, the pair said.

SHOOTING AT DOGS

At one camp, Q-West, several hours from Baghdad, a soldier fired at a stray dog while walking over to negotiate with workers who had gone on strike to demand unpaid overtime.

"We went back to work. When they shot at the dog, I felt I might also be shot at like a dog and killed," Shajahan said.

Several times, he added, supervising soldiers tried to hit him, accusing him of not working properly.

But far worse were the recruitment agent and their employer, subcontracted to supply labor for Kellogg Brown & Root, a subsidiary of Halliburton. KBR is under scrutiny from military auditors over the cost of feeding troops in Iraq.

Halliburton, run by Vice President Dick Cheney until he joined the race for the White House in 2000, is the military's top contractor in Iraq, providing services ranging from laundry to oilfield repair.

"We were not knowing we were going to Iraq," said Fasil, explaining the agent told them he had found jobs for them in Kuwait and promising 18,000 rupees a month ($400) -- more than three times what they were earning at home.

So they sold off family jewelry and land and borrowed from neighbors to raise the agent's fee of 80,000 rupees ($1,800) each.

They landed in Kuwait in August and after a wash and a meal, were put in a truck and driven through the desert for 24 hours.

KBRE0014067

"When we got there, we asked someone and they said 'you are in Iraq'," said Fasil.

There was no accommodation and they had to pitch tents in the sweltering heat. They worked twice as long and were paid half as much as promised and the Indian chef forced the Muslims to cut and cook pork, even during the sacred fasting month of Ramadan.

Fasil still walks the kilometer or so to the village mosque a few extra times a day to say prayers in penance. On top of that, came daily bombardments from the fighting going on around them.

"I just could not live in such conditions," said Fasil, who spent much of his time at another camp, Tall 'Afar.

After months of pressuring and arguing, the subcontractor finally brought in replacements and let them drive, unprotected, to the border with Jordan, where Fasil was beaten by Iraqis for working for the Americans.

About three million Indians work in the Gulf, many as laborers, construction workers or in hotels and restaurants. India estimates more than 1,300 Indians are in Iraq and is investigating how many may be there against their will.

Amid increasing fears about the dangers in Iraq and the treatment of workers, the Kerala government has also asked New Delhi to bring back any workers there unwillingly.

"We don't want this to happen to anyone else," said Shajahan.

Copyright © 2003 Reuters Limited.

KBRE0014068

# EXHIBIT 119

**World News > Concern over plight of foreign workers rebuilding Iraq**

Washington, July 1 (IANS) :

Several countries, including India, are concerned about the violation of human rights of workers brought into war-ravaged Iraq by unscrupulous labour contractors, according to a media report.

India is conducting an investigation into allegations of its food service workers while Pakistan is looking into reports that security personnel were being illegally hired to go to Iraq, said a report in the Washington Post Thursday.

The Philippines is evolving protection measures for its nationals after attacks killed two military support workers, said the report datelined Kollam (Kerala), India.

The US State Department said it had received a request from India for assistance and had passed it along to the Defence Department.

The report said "the war in Iraq has been a windfall for Kellogg Brown & Root Inc.", (KBR), the company that has a multibillion-dollar contract to provide support services for US troops.

A spokeswoman for the army, which manages the KBR contract, said the responsibility for the investigation rests with the company that hired the labourers.

The rights violations came to light after a labourer, Dharmapalan Ajayakumar, returned to India and narrated his plight to his family and friends. He had said he and his colleagues had to toil for endless hours on meagre wages while enduring insults.

Most of them had been tricked into taking up "lucrative jobs" in Kuwait by unscrupulous recruiting agencies, but were instead taken to Iraq to be made virtual prisoners to work for foreign contractors.

The company allegedly skimped on expenses by not providing these workers adequate drinking water, food, healthcare or security for part of their time in the war zone.

Besides, these workers had been hired through a maze of recruiters and subcontractors on several continents, making oversight and accountability of the workforce difficult.

"Its (the company's) profits have come thanks to the hard work of people like Dharmapalan Ajayakumar, who until last month served as a kitchen helper at a military base."

KBR, a subsidiary of Halliburton Co., hired Ajayakumar and other Indian workers through five levels of subcontractors and employment agents.

The company, which employs 30,000 workers from 38 countries in support of the US military, says it had no knowledge about the workers' concerns until recently.

KBR spokeswoman Patrice Mingo said the company met with Indian government representatives to

KBRE0002232

discuss the complaints.

For now, there is "no substantiated proof on which to take action", Mingo said, but the company is open to discussing the matter with current or former employees.

"KBR does not condone and will not tolerate any practice that unlawfully compels subcontract employees to perform work or remain in place against their will," Mingo said, according to the Post report.

Ajayakumar borrowed $1,800 from local loan sharks to pay a recruiting agent for a two-year work visa to Kuwait and is now back in India calculating how to repay the loan, the report said.

Ajayakumar is not alone. There were others like him who were tricked into being sent to Iraq. They were all recruited by an employment agency called Subhash Vijay Associates, the report said.

# EXHIBIT 120

**From:** Ernie Applewhite
**Sent:** Thu Jul 01 22:27:35 2004
**To:** Bob Gerlach
**Cc:** David Stallard
**Subject:** FW: You are not going to believe this...
**Importance:** High

Ernie Applewhite
Site Manager - B3 Camp Fallujah
Office: (281) 669-1544 tone 101
or thuraya 8821677440706
apo, ae 09387
ernie.applewhite@halliburton.com

NOTE: This document contains information which may be withheld from the public because disclosure would cause a foreseeable harm to an interest protected by one or more Exemptions of the Freedom of Information Act, 5 USC Section 552. Furthermore, it is requested that any Government entity receiving this information act in accordance with DoD 5400.7-R, and consider this information as being for official use only (FOUO), and mark, handle and store this information so as to prevent unauthorized access.

-----Original Message-----
From: Justin Panik
Sent: Friday, July 02, 2004 7:04 AM
To: Ernie Applewhite; Mike Rubio; Jimmy Aviles; Larry Purvis; Uran Limani
Subject: FW: You are not going to believe this...
Importance: High

Justin Panik
KBR
Operations
Camp Fallujah/B-3
Email: Justin.Panik@halliburton.com
Phone Number: 281-669-1544 ext 103

-----Original Message-----
From: Hagerty Capt Seth T [ mailto:HagertyST@IMEFDM.usmc.mil]
Sent: Friday, July 02, 2004 6:56 AM
To: Justin Panik
Subject: You are not going to believe this...
Indian workers 'held in Iraq'
BBC Online
A group of 18 Indian workers in Iraq are reported to have complained that

KBRE0016784

they have been held there against their will by a Jordanian catering company for more than two months.

The sister of one of the workers told reporters in Madras that her brother and his colleagues were being prevented from leaving, despite having resigned.

She said this amounted to mental torture.

She told the BBC that the 18 workers had been recruited by an employment agency in Bombay (Mumbai) supposedly to work in Jordan.

She said they had found themselves instead in a camp run by the US military at the Iraqi city of Fallujah.

The families have appealed to the Indian government to intervene on their relatives' behalf.

KBRE0016785

# EXHIBIT 121



**KUWAIT**

26th-27th Aug 2004 : Web Edition No: 11964                                Editor

| | |
|---|---|
| Home | |
| Kuwait | |
| World | |
| Business | |
| Entertainment | |
| Sports | |
| Opinion | |
| Day by Day | |
| Legal Clinic | |
| Public Opinion | |
| Letters To Editor | |
| Astrology | |
| Classifieds | |
| Message Board | |
| Chat | |
| Rate Card | |
| Contact | |

**Firm dismisses allegations; Workers take refuge in Pakistani Embassy**

KUWAIT CITY: The Pakistani workers who returned from Iraq to Kuwait took refuge in the Pakistan Embassy in Jabriya Wednesday after alleging they had been harassed, assaulted and abused by their employers in Iraq and Kuwait. Some of the Pakistanis even alleged their lives were in danger as their employer - Tamimi group - has vowed to finish them off. An official of the company, brushing aside these claims, said these workers were trying to hurt the reputation of the company. "We came back to Kuwait at our own risk. The roads in Iraq are fraught with dangers, we just prayed and left our camps and the rest is history," the workers stressed. The workers told the Arab Times they were recruited in Pakistan to work in Kuwait but when they arrived here on June 16, 2003, they were sent to Iraq after spending some days in Kuwait.

They were reportedly told that they were being sent to Iraq to get their visas changed. "From Kuwait they took us to Nassiriya airbase - a US military base - since then we never saw the sun until we fled from the camp recently. It was a real nightmare for us." Highlighting their plight at the camp, the workers said they were never allowed to go out of the camp by the management. "Life at the camp was worse than a jail. For one year and two months we lived in complete misery, some of us are seriously ill." "We were forced to work in Iraq and if any worker refused to do so, he was harassed, beaten and threatened by the management. The company would not reportedly provide food for him for days together. A worker owing to the harassment lost his mental balance."

Some of these Pakistanis were employed as supervisors, electricians, storekeepers, carpenters and painters. They claimed the company promised them KD 55 salary but they were being paid between KD 30-40, noting some of them have not been reportedly paid for months. A number of Pakistanis said they need urgent medical treatment but the company is not paying any heed to their repeated appeals. A worker, who spoke to the Arab Times on condition of anonymity said that he is suffering from cancer and requested the administration to allow him to travel to Kuwait for treatment but the company rejected his request. He showed the Arab Times a copy of the medical report which says he is suffering from cancer, saying a Korean hospital at the camp treated him and gave him some medication.

The workers complained they could not communicate for months with their families because they were not allowed to make calls by soldiers at the camp. "I was talking to my family members in Pakistan on the phone when - a soldier came up to me and asked me why I was speaking in Urdu, he then asked me to talk in English. I told him my mother cannot speak English but he told me to truncate the call immediately." Another worker Iftikhar Ahmad told this reporter that he is seriously ill and needs urgent medical care. "When I told my supervisor that I wanted to go back home for treatment, he locked me up in a room for one month." He said he visited a clinic in Kuwait a few days ago but was told the operation would cost KD 250. "When I told the company about the surgery, the company told me to go back home and get the operation."

"A lot of workers at the camp in Iraq are seriously ill but the company is not willing to send them back home." The workers said they fear that they may have accidentally eaten pork several times, adding the food given to them was of poor quality and they were not provided any medical care by the company. "We were not allowed to even pray by some of the supervisors."

Price
He said their supervisors are minting money at the camp. "These supervisors sell the mobile recharge cards at a higher price." Citing an example, he said KD

Breal
Pales

• Gun
• U.S.
Iraqi
• Paki
resig
• Pope
• Fight
kills 1

Arch

Ahme
Day

"If yo
news
free
tomor

Cli

KBRE0005900

3 recharge card is being sold for KD 5 by the supervisors. Some of the supervisors have satellite phones and they charge KD 1.500 for one minute for a call to Pakistan, say the workers. Unable to bear the alleged harassment, 32 workers - including Indians, Pakistanis and Nepalese - gave the company an ultimatum and refused to work if their demand was not accepted. "We requested the company to get us Kuwaiti visas. The company then arranged us visas to enter Kuwait." All the workers visas are valid for one month.

Some of the workers said they were insulted by the manager when they went to air their grievances. "The manager told us to get out from his office, he was very rude. We will hold the company responsible if anything happens to us." Two of the workers were reportedly beaten up by the company's representative Tuesday. One of the victims Ijaz Sarwar received serious head injuries and was treated at a private hospital. Sarwar told the Arab Times that he was picked up from the company's accommodation by the company's representative and driven to the company's office in Shuwaikh where he said the representative locked him up in a room and punched and kicked him.

He then asked Sarwar to sign on a blank paper and when the latter refused he reportedly hit him on the head with a metal object - seriously injuring him. The Pakistani worker noted the attacker reportedly tore up all his documents including original copy of the visa and some cash. Sarwar said he was bleeding profusely for 25 minutes but no one came to his help, adding a company doctor then attended him and referred him to a hospital. Another worker Shamim Ishaq pointed out the same company representative who assaulted his colleague Sarwar came to his room and asked him why he didn't report to the office as asked by the company. "I told him I don't have money to pay for the transport." He then drove him to the company's office where he reportedly assaulted him. He noted the representative kicked and repeatedly punched him in the face, he then threw him to the ground and stood on his chest and threatened to kill him, says Sarwar.

Destroys
He forcibly made him sign on a blank paper before destroying all his travel documents, money and a cellphone, adds Sarwar. The representative then told him that he could report the matter to anyone who wished and that nobody will be able to help him. Sarwar said he was thrice kidnapped in Iraq but was let off by the captors with a warning. "Being a supervisor I used to often go out for shopping in Nassiriya and I had a close shave many times," he added. He said he was robbed of valuables worth $10,000 by some unidentified men. Tariq Abassi said his life is in danger as he feels the company is trying to harm him. "Two people came to search for me but thank God they didn't know me, I was in the room when they asked for me but my colleagues told them that I was not in the room, so they went away, I then went and spent the whole night in a mosque," he said.

Sazey Zayed Gardzi said he lost the use of his legs because of lack of medical care, adding the company is not willing to pay for his health care. Another worker Abrar Hussein noted that he is ill and asked the company to fly him out of Iraq but his supervisor rejected his appeal. Meanwhile, an official at the Pakistan Embassy told the Arab Times the embassy has recorded the statements of the workers and will contact the Tamimi Company again and try to solve the problem as soon as possible. He noted the embassy has already received a reply from the company, adding the embassy wanted to protect the rights of the workers. He added the dispute between the company and workers is based on the latter's outstanding dues. Asked whether the 12 workers had asked for a refuge at the embassy, he said he had not received any such request.

Shabir Khan, the Director of Operations of the Tamimi group told the Arab Times that some of his workers are trying to soil the reputation of his company. He said when he learnt that some workers didn't wish to work for his company, he sent a vehicle to pick them up from Nassiriya in addition to arranging their Kuwaiti visas. He said 2 out of the 10 workers had secretly escaped from the camp in Nassiriya and security agencies are investigating how they managed to

KBRE0005901

get away from the camp. "They are investigating whether any Iraqis helped them to escape." "This two workers are spreading false rumours and inciting other workers. In short, they are leaders of the group," he said. "The claims that my company assaulted the workers are totally false."

Shabbir added that 10 workers will be flown home Friday, saying all the workers were treated well at the camp. "They were provided all the facilities. They were allowed to make calls thrice a month - each call lasting 3 to 5 minutes." He stressed that any of his workers who wish to go back home can do so with one month's notice. "We don't want to force anyone to work for us, this is our policy," he said.

- By Francis A. Clifford Cardozo - Arab Times Staff

**Back**                                                          **Next**

Tel. + 4813566/4849144, Fax.+ 4813267 - Email: arabtimes@arabtimesonline.com

KBRE0005902

# EXHIBIT 122

**From:** Robert Hill - PM Iraq
**Sent:** Thu Oct 07 07:58:33 2004
**To:** David Stallard
**Subject:** RE: Transport of former employees of D&P on Al Asad Airbase
**Importance:** Normal

Man  one thing after another. Why have these guys been hanging out if they are not on the payroll?

How quickly can we get PPI to send in workers and set up a mancamp?

### *Robert S. Hill*

**KBR**

**Brown & Root Services**

**Government Operations LOGCAP III**

Project Manager - B Sites -III Corps - Northern, Iraq

c/o Brown & Root Services, Al Anbar Province, Iraq

APO AE 09384

(001) 281-669-5175  /  Thuraya 0088-216-7745-5820

robert.hill2@halliburton.com

**NOTE: This document contains information** which may be withheld from the public because disclosure would cause a foreseeable harm to an interest protected by one or more Exemptions of the Freedom of Information Act, 5 USC Section 552. Furthermore, it is requested that any Government entity receiving this information act **in accordance with DoD 5400.7-R**, and consider this information as being **for official use only (FOUO)**, and mark, handle and store this information so as to prevent unauthorized access.
-----Original Message-----
**From:** David Stallard
**Sent:** Thursday, October 07, 2004 6:48 AM
**To:** Bob Gerlach; Robert Hill - PM Iraq
**Subject:** FW: Transport of former employees of D&P on Al Asad Airbase
**Importance:** High

Bob Gerlach – I'm sure you have this under control, but still need to rattle D&P's cage.

KBRE0013425

Boss – enough is enough we need to dump D&P as our master labor broker and go with PPI or whomever. I mention PPI only because they are on board at Al Asad today to discuss and come to a conclusion with Bob Gerlach.

I'm not worried about there file they are gathering, we all know the story behind this jackasses perception of KBR.

## *David Stallard*

KBR
**Brown & Root Services**
Government Operations LOGCAP III
Deputy Project Manager - B Sites -III Corps - Al Anbar Province, Iraq
Brown & Root Services,
(001) 281-669-1541 Ext 116 / 281-669-5177
Thuraya 0088-216-7745-8319
David.Stallard@Halliburton.com

****INTERNET E-MAIL PRIVILEGED INFORMATION FOOTER****

*This email, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the addressee indicated in this message (or authorized to receive information for the recipient), please contact the sender by reply e-mail and delete all copies of this message (including any attachments).*

-----Original Message-----
**From:** David Poe
**Sent:** Thursday, October 07, 2004 12:04 PM
**To:** David Stallard
**Subject:** FW: Transport of former employees of D&P on Al Asad Airbase
**Importance:** High

FYI

-----Original Message-----
**From:** Thomas Lynch
**Sent:** Thursday, October 07, 2004 3:31 AM
**To:** Bob Gerlach
**Cc:** Craig Truskey; David Poe; William Blankenburg
**Subject:** Transport of former employees of D&P on Al Asad Airbase
**Importance:** High

Mr. Gerlach,

At approximately 1030hrs, I was summoned to the BOC on Al Asad in reference to (3) D&P employees that quit approximately 2-4 months ago and have yet to depart this base. The (3) individuals names are Mr. Susanta Peiris, Mr. Nimal Ranjith, and Mr. Abdel Karim Abdelaal. Mr. Peiris, Mr. Ranjith, and Mr. Abdelaal are currently suffering from different medical conditions; Mr. Peiris-

KBRE0013426

Hyperacidity/Heart Problems, Mr. Ranjith-Emergency Dental Ops required, and Mr. Abdelaal- Bad Blood Circulation.  These (3) men have been waiting to return home now for a minimum of (2) months; they were scheduled to depart last week on a cargo airplane however, the plane was not going back to Jordan but, rather to Russia.  Mr. Gataas Oweis told me that he would send the (3) men home with Mr. Rami Oweis, Directing Manager of D&P in approximately 10-15 days.  From this it would appear that the (3) men were going to be taken care of however, more problems have arisen.  One of the individual's daughter is suffering from Kidney failure also and is currently in the hospital in Sri Lanka; this individual URGENTLY needs to be returned to his HOR (Home Of Record).  The three men were detained last night, 06 Oct 04, by the Base Security element at the Stadium attempting to buy some food.  The (3) men were taken to the BOC and LTC Huston was made aware of the plight of these gentlemen.  LTC Huston was told by the men that they have been here for approximately (4) months, they have not been paid, they have not been receiving food, and that KBR doesn't care what happens to them.  I explained to the NCIS agent that this is not true and that the individual's have not been coming to KBR with their problems.  I am sure that you realize that LTC Huston does not think that KBR is running its business at Al Asad correctly and KBR has been accused of running a "Slave Labor Camp" on Al Asad by different USMC commanders on Al Asad.  I have spoken to Mr. Rabea Oweis in reference to these gentlemen and he has informed me that a car from Baghdad will be coming to pick up the gentlemen and bring them to Baghdad today.  I will be going to the USMC BOC on Al Asad and requesting a Military Escort for these individuals.  If it is possible, could a letter from the KBR Contracting Office to the D&P offices in Baghdad requesting that these personnel be transported to their home of record IMMEDIATELY be developed and submitted to those offices and a copy is given to the personnel when they depart?  The NCIS agent made a statement to me this morning.  He stated that the USMC on Al Asad is developing a file against KBR for submittal to the DCMA for "Improper Business Practices", some of the accusations include **failure to perform as directed by the contract and running slave labor camps.**  Your assistance with this matter is greatly appreciated.


Respectfully submitted,

Thomas (Thom) Lynch
Area Security Coordinator
Al Asad Airbase, Iraq
281-669-1541 ext. 133
**KBR**, Government Operations
 thomas.lynch@halliburton.com
Secure email:  LynchTL@1mardivdm.usmc.smil.mil



**NOTE: This document contains information** which may be withheld from the public because disclosure would cause a foreseeable harm to an interest protected by one or more Exemptions of the Freedom of Information Act, 5 USC Section 552. Furthermore, it is requested that any Government entity receiving this information act **in accordance with DoD 5400.7-R**, and consider this information as being **for official use only** (**FOUO**), and mark, handle and store this information so as to prevent unauthorized access.

**\*\*\*\*INTERNET E-MAIL PRIVILEGED INFORMATION FOOTER\*\*\*\***
This email, including any attached files, may contain confidential and privileged information for the sole use of the

KBRE0013427

intended recipient(s).  Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the addressee indicated in this message (or authorized to receive information for the recipient), please contact the sender by reply e-mail and delete all copies of this message **(including any attachments)**.

KBRE0013428

# EXHIBIT 123
# FILED UNDER SEAL