UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAMCHANDRA ADHIKARI, *et al.*, ) | |
| ) | Civil Action No. 4:09-CV-01237 |
| Plaintiffs, ) | |
| ) | Judge Keith P. Ellison |
| v. ) | |
| ) | |
| DAOUD & PARTNERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO SUBMIT A PROPOSED FINAL JUDGMENT

Upon consideration of Plaintiffs' Unopposed Motion for an Extension of Time to Submit a Proposed Final Judgment, and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED. The parties shall submit a proposed final judgment no later than April 6, 2015.

Signed on this 30th day of March, 2015

Hon. Keith P. Ellison
United States District Judge